UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| 4D FACTORY INC., | Case No. 23-11618 (MEW) |
| Debtor.¹ | |

------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| THE 4D FACTORY LLC, | Case No. 23-11619 (MEW) |
| Debtor.² | |

------------------------------------------------------------X

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the application of the Debtors, for entry of an Order directing procedural consolidation and joint administration of the Chapter 11 Cases, pursuant to sections 101(2)(B) of the Bankruptcy Code, and Bankruptcy Rule 1015(b); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012; and the United States Trustee having no objection to the application; and it appearing that no other or further notice need be provided; and the Court having found sufficient cause that the relief requested is in the best interests of the Debtors, their estates, creditors, and all parties in interest, it is hereby **ORDERED** that:

---

¹ The last four digits of 4D Factory Inc.'s federal tax identification number is 6770.
² The last four digits of The 4D Factory LLC's federal tax identification number is 8935.

1

1. These Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under 4D Factory Inc. (Case No. 23-11618 MEW) and the Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of 4D Factory Inc. (Case No. 23-11618 MEW).

2. The caption of the jointly administered cases shall read as follows:

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                    :
In re:                              :    Chapter 11
                                    :
4D Factory Inc., et al.,            :    Case No. 23-11618 MEW
                                    :      (Subchapter V Cases)
                                    :
                       Debtors.³    :      (Jointly Administered)
                                    :
-------------------------------------------------------X
```

3. The forgoing caption and the following footnote included with the caption shall be deemed to satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. An entry shall be made on the docket of each of the Debtor's cases as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the chapter 11 cases of: 4D Factory, Inc. (Case No. 23-11618 MEW) and The 4D Factory LLC (Case No. 23-11619 MEW) for procedural purposes only. The docket in Case No. 23-11618 (MEW) should be consulted for all matters affecting this case.

5. The Debtors shall maintain, and the clerk of the Court shall keep, one consolidated

---

[3] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935).
.

2

docket, one file, and one consolidated service list.

6. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases. While all other filings regarding the Debtors shall be filed in 4D Factory, Inc. (Case No. 23-11618 MEW), the Debtors shall file their required bankruptcy statements and schedules, and monthly operating reporting in each respective case.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Order shall be effective for all filings on and after November 2, 2023.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      November 2, 2023

                              /s/ **Michael E. Wiles**
                              UNITED STATES BANKRUPTCY JUDGE