UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 4D Factory Inc., *et al.*, | Case No. 23-11618 MEW |
| | (Subchapter V Cases) |
| Debtors.[1] | (Jointly Administered) |

----------------------------------------------------------------X

**ORDER FURTHER EXTENDING TIME TO FILE SCHEDULES AND REQUIRED STATEMENTS**

UPON the second application of the above-captioned Debtors for an Order of this Court extending the Debtors' time to file schedules and required statements, and the United States Trustee having been noticed with the application and having noted its "no objection" to the relief, and good cause having been shown for the relief requested, it is hereby

ORDERED, that the Debtors' time to file schedules and required statements be and hereby is extended through and including November 13, 2023.

Date: November 7, 2023
New York, New York

        **s/Michael E. Wiles**
        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935).
.

1