...

Spence Law Office, P.C.
Robert J. Spence, Esq. (RS3506)
Proposed Attorneys for the Debtors
55 Lumber Road, Suite 5
Roslyn, New York 11576
Tel.:(516) 336-2060

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 4D Factory Inc., *et al.*, | Case No. 23-11618 MEW |
| | (Subchapter V Cases) |
| Debtors.[1] | (Jointly Administered) |

-------------------------------------------------------X

**APPLICATION FOR AN ORDER PURSUANT TO BANRUPTCY RULE 1007(C) EXTENDING THE DEBTOR'S TIME TO FILE RULE 2015.3. REPORTS OF FINANCIAL INFORMATION ON ENTITIES IN WHICH A CHAPTER 11 ESTATE HOLDS A CONTROLLING OR SUBSTANTIAL INTEREST**

4D Factory, Inc. and The 4D Factory LLC, debtors and debtors-in-possession (the "Debtors") in the above captioned matter, by their proposed counsel, Spence Law Office, P.C. as and for their application to extend their time to file the required reports pursuant to Bankruptcy Rule 2015.3, respectfully submit and represent as follows:

1.     The Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on October 10, 2023 (the "Filing Date").

2.     The Debtors are continuing to manage and operate their business as debtors in possession pursuant to section 1184 of the Bankruptcy Code.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935).
.

1

3. Charles Persing has been appointed as the Subchapter V Trustee in these cases.

4. The statutory predicates for the relief requested herein are section 105(a) and of the Bankruptcy Code, and Bankruptcy Rules 2015.3 and 9006(b).

5. The Debtors have filed their schedules and required statements with the Court.

6. The Debtor, The 4D Factory LLC, is required under Bankruptcy Rule 2015.3 to file "periodic financial reports of the value, operations, and profitability of each entity that is not a publicly traded corporation or a debtor in a case under title 11, and in which the estate holds a substantial or controlling interest." Rule 2015.3.

7. The first report is due 7 days prior to the scheduled 341 Meeting of Creditors. Rule 2015.3.

8. The Debtors are also required to provide notice prior to the filing of the periodic report. 2015.3(e) ("Notice and protective orders No later than 14 days before filing the first report required by this rule, the trustee or debtor in possession shall send notice to the entity in which the estate has a substantial or controlling interest, and to all holders--known to the trustee or debtor in possession--of an interest in that entity, that the trustee or debtor in possession expects to file and serve financial information relating to the entity in accordance with this rule. The entity in which the estate has a substantial or controlling interest, or a person holding an interest in that entity, may request protection of the information under § 107 of the Code.")

9. The Debtors' request additional time to complete the reports and to comply with the notice requirement under Rule 2015.3.

10. The Debtors respectfully request until December 8, 2023 to file and serve the periodic reports.

11. Based on the foregoing, the Debtors believe that they have shown good cause for the extension of time.

12. This application shall be served on the United States Trustee and Subchapter V Trustee upon its filing.

WHEREFORE, the Debtors respectfully request an extension of time through and including December 8, 2023, to file the required periodic reports and for such other and further relief as this Court deems just and proper.

Dated: Roslyn, New York
       November 13, 2023

                                            SPENCE LAW OFFICE, P.C.
                                            Proposed Attorneys for the Debtors

                            By:   */s/Robert J. Spence*
                                            Robert J. Spence, Esq.
                                            55 Lumber Road, Suite 5
                                            Roslyn, New York 11576
                                            Tel.: (516) 336-2060

# **PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 4D Factory Inc., *et al.*, | Case No. 23-11618 MEW |
| | (Subchapter V Cases) |
| Debtors.[2] | (Jointly Administered) |

-------------------------------------------------------X

**ORDER EXTENDING TIME TO FILE PERIODIC REPORTS PURSUANT TO RULE 2015.3**

UPON the written joint application of the above-captioned Debtors for an Order of this Court extending the Debtors' time to file schedules and required statements, and the United States Trustee having been noticed with the application, and good cause having been shown for the relief requested, it is hereby

ORDERED, that the Debtor's time to file and serve the periodic reports pursuant to Bankruptcy Rule 2015.3 be and hereby is extended through and including December 8, 2023.

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935).
.