UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 4D Factory Inc., *et al.*, | Case No. 23-11618 MEW |
| | (Subchapter V Cases) |
| Debtors.[1] | (Jointly Administered) |

-------------------------------------------------------X

**ORDER EXTENDING DEBTORS' TIME TO COMPLY WITH BANKRUPTCY RULE 2015.3**

UPON the written application of the above-captioned Debtors for an Order of this Court extending the Debtors' time to file its periodic reports for its affiliates pursuant to Bankruptcy Rule 2015.3, and the United States Trustee having noted that it has no objection to the application, and good cause having been shown for the relief requested, it is hereby

ORDERED, that the Debtor's time to file and serve the periodic reports pursuant to Bankruptcy Rule 2015.3 be and hereby is extended through and including December 8, 2023.

Dated: New York, New York
      November 16, 2023

                                  /s/ **Michael E. Wiles**
                                  UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935).
.