**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 4D FACTORY INC., et al, | |
| | Case Nos. 23-11618(MEW) and |
| | 23-11619 (MEW) |
| Debtor(s). [1] | (Subchapter V) |
| | (Jointly Administered) |

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE <u>JANUARY 8, 2024</u>

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST**
**4D FACTORY INC. and THE 4D FACTORY LLC**

The United States Bankruptcy Court for the Southern District of New York has entered an Order establishing **January 8, 2024** (the "Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts ~~and governmental units~~) to file a proof of claim against any of the Debtors listed above (the "Debtors").

The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to <u>October 10, 2023,</u> the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, except for claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement. Governmental units may have until <u>April 8, 2024,</u> the date that is one hundred eighty (180) days after the order for relief, to file proofs of claim.

### 1.   WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to October

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770)(Case No. 23-11618 (MEW)), and The 4D Factory LLC (8935) (Case No. 23-11619 (MEW)).
.

10, 2023 (the "Filing Date"), and it is not one of the types of claim described in Section 4 below.
Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed
on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not
mature or become fixed, liquidated or certain before the Filing Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim"
means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated,
unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable,
secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such
breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced
to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.    WHAT TO FILE

Your filed proof of claim must conform substantially to Official Form No. 410; The Debtors
are enclosing a proof of claim form for use in these cases. Additional proof of claim forms may be
obtained at www.uscourts.gov/forms/bankruptcy-forms.

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an
individual, by an authorized agent of the claimant. It must be written in English and be
denominated in United States currency. You should attach to your completed proof of claim any
documents on which the claim is based (if voluminous, attach a summary) or an explanation as to
why the documents are not available.

**Your proof of claim form must not contain complete social security numbers or
taxpayer identification numbers (only the last four digits), a complete birth date (only the
year), the name of a minor (only the minor's initials) or a financial account number (only the
last four digits of such financial account).**

Any holder of a claim against more than one Debtor must file a separate proof of claim with
respect to each such Debtor and all holders of claims must identify on their proof of claim the

2

specific Debtor against which their claim is asserted and the case number of that Debtor's

bankruptcy case. A list of the names of the Debtors and their case numbers is set forth in the case

caption above.

### 3.    WHEN AND WHERE TO FILE

Except as provided for herein, all proofs of claim must be filed so as to be received **on or**

**before January 8, 2024.**

Attorneys (with full access accounts) and employees of institutional creditors (with limited

access accounts) should file proofs of claim electronically on the Court's Case

Management/Electronic Case File (CM/ECF) system.

Those without accounts to the CM/ECF system may create and electronically file their

proofs of claim through the "File A Proof of Claim" link on the Court's website,

www.nysb.uscourts.gov,  or by mailing or delivering the original proof of claim to the Court at the

address provided below:

> **United States Bankruptcy Court**
> **Southern District of New York**
> **One Bowling Green, Room 614**
> **New York, New York 10004-1408**

Proofs of claim will be deemed filed only when received by the Bankruptcy Court on or

before the Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail

transmission.

### 4.    CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED

You do **not** need to file a proof of claim on behalf of a claim on or prior to the Bar Date if

the claim falls into one of the following categories:

> (a)    Any claim that has already been asserted in a proof of claim against the Debtors
> with the Clerk of the Bankruptcy Court for the Southern District of New York
> in a form substantially similar to Official Bankruptcy Form No. 410 (unless you
> wish to assert the claim against a Debtor not mentioned in the prior proof of
> claim, in which case an additional proof of claim must be filed);

3

(b)    Any claim that is listed on the Schedules filed by the Debtors, provided that (i) the claim is <u>not</u> scheduled as "disputed," "contingent," or "unliquidated" <u>and</u> (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules <u>and</u> (iii) the claimant does not dispute that the claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

(c)    Any claim that previously been allowed by Order of the Court;

(d)    Any claim that has been paid in full by any of the Debtors;

(e)    Any claim for which a different deadline has previously been fixed by this Court;

(f)    Any claim by one Debtor against another Debtor, or by any of the non-debtor subsidiaries of The 4D Factory LLC against any of the Debtors;

(g)    Any claim allowable under § 503(b) and § 507(a) (2) of the Bankruptcy Code as an expense of administration of the Debtor's estates;

If you are a holder of an equity interest in the Debtors, you need not file a proof of interest with respect to the ownership of such equity interest at this time. However, if you assert a claim against the Debtors, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before _____, 2023, the date of entry of the Bar Order, you must file a proof of claim by the Bar Date. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Order, you must file a proof of claim with

respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

**6.    CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**7.    THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules").

If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtors' Schedules are available for inspection on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained

through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules may also be

examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of

the Clerk of the Bankruptcy Court, One Bowling Green, Room 614, New York, New York 10004-

1408. Copies of the Debtors' Schedules may also be obtained by written request to Debtors' counsel

at the address and telephone number set forth below.

**A holder of a possible claim against the Debtors should consult an attorney regarding**

**any matters not covered by this notice, such as whether the holder should file a proof of claim.**

Dated: New York, New York                                     **BY ORDER OF THE COURT**

_____, 2023

Spence Law Office, P.C.

By: /s/ Robert J. Spence_____
Robert J. Spence, Esq.
55 Lumber Road, Suite 5
Roslyn, New York 11576
Tel: (516) 336-2060

*Proposed Attorneys for Debtors and*
*Debtor-in-Possession*