**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:    Case No.: 23-11618-mew

4D FACTORY, INC.,

   Chapter 11

   Debtor

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lauren Friend McKelvey, to be admitted, ***pro hac vice***, to represent MEP Capital Holdings III, L.P., (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Virginia and the District of Columbia, and, the bar of the U.S. District Court for the District of Columbia, Eastern District of Texas, Northern District of Texas, Eastern District of Virginia, and Western District of Virginia., it is hereby

**ORDERED**, that Lauren Friend McKelvey, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

   UNITED STATES BANKRUPTCY JUDGE