**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  
4D FACTORY, INC.,

Case No.: 23-11618-mew

Chapter 11

                Debtor

------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Lauren Friend McKelvey, to be admitted, *pro hac vice*, to represent MEP Capital Holdings III, L.P., (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Virginia and the District of Columbia, and, the bar of the U.S. District Court for the District of Columbia, Eastern District of Texas, Northern District of Texas, Eastern District of Virginia, and Western District of Virginia., it is hereby

      **ORDERED**, that Lauren Friend McKelvey, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 30, 2023  
New York, New York                                     **s/Michael E. Wiles**  
                                                                UNITED STATES BANKRUPTCY JUDGE