UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* <br> THE 4D FACTORY, LLC, *et al.*, <br> *Debtors.*[1] | Chapter 11 <br> No. 23-11618 (MEW) (Subchapter V Cases) <br> (Jointly Administered) |

### ORDER GRANTING NEON SHAREHOLDERS' MOTION TO SCHEDULE EXPEDITED HEARING AND SHORTEN NOTICE FOR MOTION FOR AN ORDER DECLARING AUTOMATIC STAY INAPPLICABLE, OR IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY

Upon the motion (the "**Motion**") of Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, and Mark Yeend (together, the "**Neon Shareholders**") for entry of an order to schedule an expedited hearing and shorten notice with respect to the Neon Shareholders' *Motion for an Order Declaring Automatic Stay Inapplicable, or in the Alternative, Granting Relief from Automatic Stay* (the "**Automatic Stay Motion**") to continue certain state court litigation in Delaware Chancery Court, *Long et al. v. Javarone et al.*, Case No. 2023-1186 (Del. Ch. Nov. 27, 2023) (the "**Derivative Action**"); and it appearing that this Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157, 1334(b), and 1452(a); and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the requested relief has been provided in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and that, except as otherwise ordered herein, no other or further notice is necessary; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estates, its creditors and all other parties-in-interest; and that the legal and factual

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935). As used herein, the "Debtor" refers to The 4D Factory LLC.

bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. A hearing on the Automatic Stay Motion will be held before the Honorable Michael E. Wiles United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York on **December 13, 2023 at 11:00 a.m. (Eastern Time)**. The hearing will take place in person in Courtroom No. 617, located at One Bowling Green, New York, New York 10004-1408.

3. The objection deadline for the Automatic Stay Motion will be **December 11, 2023 at 4:00 p.m. (Eastern Time)**.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: December 4, 2023
New York, New York

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE