**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| 4D FACTORY, INC., | : | Case No. 23−11618−MEW |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** pursuant to 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that **JULIE B. WLODINGUER** and **LAUREN FRIEND MCKELVEY** and the law firm of **REITLER KAILAS & ROSENBLATT LLP** hereby appear as counsel for **MEP CAPITAL HOLDINGS III, L.P.**, a party-in-interest in this bankruptcy matter.

**NOTICE IS FURTHER GIVEN** that pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. §342 and 1109(b), the undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> **Julie B. Wlodinguer, Esq.**
> **Lauren Friend McKelvey, Esq.**
> **REITLER KAILAS & ROSENBLATT LLP**
> **885 Third Avenue, 20th Floor**
> **New York, New York 10022**
> **Tel: (212) 209-3050**
> **Fax: (212) 371-5500**
> **jwlodinguer@reitlerlaw.com**
> **lmckelvey@reitlerlaw.com**
> **Attorneys for MEP Capital Holdings III, L.P.**

2

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the Debtor or Debtor-in-Possession or the property of such Debtor's bankruptcy estate.

Dated: December 4, 2023

REITLER KAILAS & ROSENBLATT LLP
Attorneys for MEP Capital Holdings III, L.P.

By: *s/ Julie B. Wlodinguer*
Julie B. Wlodinguer
885 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 209-3050
Fax: (212) 371-5500
Email: jwlodinguer@reitlerlaw.com

Lauren Friend McKelvey*
Reitler Kailas & Rosenblatt LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Tel.: (212) 209-3037
E-mail: lmckelvey@reitlerlaw.com

*admitted pro hac vice