JENNER & BLOCK LLP
Todd C. Toral
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 239-5100

Richard Levin
Jacob D. Alderdice
Carl N. Wedoff
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel for Mark Long, Colin Foran, Naomi Lackaff,
Aaron Nonis, Don Norbury, and Mark Yeend, on behalf
of Neon Machine, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: <br><br> THE 4D FACTORY, LLC, *et al.*, <br><br> *Debtor.*[1] | Chapter 11 <br><br> No. 23-11618 (MEW) (Subchapter V Cases) <br><br> (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Carl Wedoff, an attorney duly admitted to practice before this Court, certify that (i) on

December 4, 2023, I caused copies of *Neon Shareholders' Motion for an Order Declaring*

*Automatic Stay Inapplicable, or in the Alternative, Granting Relief from Automatic Stay* [Dkt. 28],

*Proposed Order Granting Neon Shareholders' Motion for an Order Declaring Automatic Stay*

*Inapplicable, or in the Alternative, Granting Relief from Automatic Stay* [Dkt. 31], *Neon*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935). As used herein, the "Debtor" refers to The 4D Factory LLC.

*Shareholders' Motion to Schedule Expedited Hearing and Shorten Notice for Motion for an Order*

*Declaring Automatic Stay Inapplicable, or in the Alternative, Granting Relief from Automatic Stay*

[Dkt. 32], and *Neon Shareholders' Motion to File Exhibits Under Seal* [Dkt. 33] (together, the

"**Bankruptcy Stay Filings**") to be served by the Electronic Case Filing System for the United

States Bankruptcy Court for the Southern District of New York on all registered parties and by

email on the parties listed in Exhibit A, and (ii) on December 5, 2023, I caused the Bankruptcy

Stay Filings to be served by overnight mail on the parties listed in Exhibit B.

Dated: December 5, 2023
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Carl Wedoff*
Carl Wedoff

## **Exhibit A**
### **Email Service List**

allan.anderson@afslaw.com
taniel.anderson@afslaw.com
katryn.smith@afslaw.com
david.meyer@afslaw.com
ebradley@ycst.com
jhiggins@ycst.com
rspence@spencelawpc.com

**<u>Exhibit B</u>**
**First-Class Mail Service List**

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
Attn: Tara Tiantian