**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

                                          Chapter 11
                                          (Subchapter V)

4D FACTORY, INC., et al.,                  Case No.: 23-11618 (MEW)
                                          (Jointly Administered)

                      Debtors. [1]
-------------------------------------------------------------X

## <u>AFFIRMATION OF SERVICE</u>

      ROBERT J. SPENCE, an attorney duly admitted to practice law in the Southern District of New York, affirms under penalties of perjury:

      That on December 4, 2023, your affirmant served the following document(s):

              **NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE JANUARY 8, 2024;**

              **ORDER SETTING LAST DAY FOR FILING CLAIMS;**

              **PROOF OF CLAIM OFFICIAL FORM 410.**

By First Class Mail with postage paid thereon and addressed to the parties on Exhibit A.

**Dated: December 4, 2023**

                                    */s/ Robert J. Spence*
                                  ROBERT J. SPENCE, ESQ.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935).
.

CADWALADER WICKERSHAM & TAFT
200 LIBERTY STREET
NEW YORK, NY 10281

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

EISNERAMPER LLP
733 THIRD AVENUE
NEW YORK, NY 10017-2703

MEP CAPITAL HOLDINGS III LP
244 MADISON AVENUE #1214
NEW YORK, NY 10016

MICHELMAN & ROBINSON LLP
10880 WILSHIRE BLVD. 19TH FL
LOS ANGELES, CA 90024

MORGANFRANKLIN CONSULTING
7900 TYSONS ONE PLACE
SUITE 300
MC LEAN, VA 22102

REITLER KAILAS &ROSENBLATT LLP
ATTN: JONATHAN SILVERBLATT ESQ
885 THIRD AVENUE 20TH FL
NEW YORK, NY 10022

RSM US LLP
44 MONTGOMERY STREET
STE 3900
SAN FRANCISCO, CA 94104

Charles N. Persing
Subchapter V Trustee
100 Passaic Avenue, Suite 310
Fairfield, NJ 07004

VALUATION RESEARCH CORP
PO BOX 809061
CHICAGO, IL 60680-9061

REGUS
57 WEST 57TH STREET
NEW YORK, NY 10019

Roberto Kuti
Infobip LTD
5th Floor, 35-38 New Bridge Street
London, UK EC4V 6BW

Lauren Friend McKelvey
Reitler Kailas & Rosenblatt LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190

Wells Fargo Bank
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

United States Trustee's Office
Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Silvio Kuti
Infobip LTD
5th Floor, 35-38 New Bridge Street
London UK EC4V 6BW

Izabel Jeleni
Infobip LTD
5th Floor, 35-38 New Bridge Street
London UK EC4V 6BW

Wyoming Department of Revenue
122 West 25th Street, Suite E301
Herschler Building East
Cheyenne, Wyoming 82002

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney's Office
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

California Department of Tax and Fee
Administration
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Cort Javarone
[REDACTED]

Hogan Lovells (Paris) LLP
17, avenue Matignon
CS 30027
75378 Paris Cedex 08

DAVID VICINI
[REDACTED]

Emer Timmons
[REDACTED]

Florida Department of Revenue
P.O. Box 7443
Tallahassee, FL 32314-7443

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                                    Chapter 11


4D FACTORY INC., et al,

                                                          Case Nos. 23-11618(MEW) and
                                                                    23-11619 (MEW)
                              Debtor(s). [1]              (Subchapter V)
                                                          (Jointly Administered)

_____

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE <u>JANUARY 8, 2024</u>

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST**
**4D FACTORY INC. and THE 4D FACTORY LLC**


The United States Bankruptcy Court for the Southern District of New York has entered an Order establishing **January 8, 2024** (the "Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim against any of the Debtors listed above (the "Debtors").

The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to October 10, 2023, the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, except for claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement.

Governmental units may have until <u>April 8, 2024</u>, the date that is one hundred eighty (180) days after the order for relief, to file proofs of claim.

### 1.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to October

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770)(Case No. 23-11618 (MEW)), and The 4D Factory LLC (8935) (Case No. 23-11619 (MEW)).
.

10, 2023 (the "Filing Date"), and it is not one of the types of claim described in Section 4 below.

Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

### 2.    WHAT TO FILE

Your filed proof of claim must conform substantially to Official Form No. 410; The Debtors are enclosing a proof of claim form for use in these cases. Additional proof of claim forms may be obtained at www.uscourts.gov/forms/bankruptcy-forms.

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

**Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).**

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the

specific Debtor against which their claim is asserted and the case number of that Debtor's

bankruptcy case. A list of the names of the Debtors and their case numbers is set forth in the case

caption above.

### 3.    WHEN AND WHERE TO FILE

Except as provided for herein, all proofs of claim must be filed so as to be received **on or**

**before January 8, 2024.**

Attorneys (with full access accounts) and employees of institutional creditors (with limited

access accounts) should file proofs of claim electronically on the Court's Case

Management/Electronic Case File (CM/ECF) system.

Those without accounts to the CM/ECF system may create and electronically file their

proofs of claim through the "File A Proof of Claim" link on the Court's website,

www.nysb.uscourts.gov, or by mailing or delivering the original proof of claim to the Court at the

address provided below:

> **United States Bankruptcy Court**
> **Southern District of New York**
> **One Bowling Green, Room 614**
> **New York, New York 10004-1408**

Proofs of claim will be deemed filed only when underlined received by the Bankruptcy Court on or

before the Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail

transmission.

### 4.    CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED

You do **not** need to file a proof of claim on behalf of a claim on or prior to the Bar Date if

the claim falls into one of the following categories:

> (a)    Any claim that has already been asserted in a proof of claim against the Debtors
> with the Clerk of the Bankruptcy Court for the Southern District of New York
> in a form substantially similar to Official Bankruptcy Form No. 410 (unless you
> wish to assert the claim against a Debtor not mentioned in the prior proof of
> claim, in which case an additional proof of claim must be filed);

(b)     Any claim that is listed on the Schedules filed by the Debtors, provided that (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated" and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules and (iii) the claimant does not dispute that the claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

(c)     Any claim that previously been allowed by Order of the Court;

(d)     Any claim that has been paid in full by any of the Debtors;

(e)     Any claim for which a different deadline has previously been fixed by this Court;

(f)     Any claim by one Debtor against another Debtor, or by any of the non-debtor subsidiaries of The 4D Factory LLC against any of the Debtors;

(g)     Any claim allowable under § 503(b) and § 507(a) (2) of the Bankruptcy Code as an expense of administration of the Debtor's estates;

If you are a holder of an equity interest in the Debtors, you need not file a proof of interest with respect to the ownership of such equity interest at this time.   However, if you assert a claim against the Debtors, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors.   The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.

## 5.     EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before November 27, 2023, the date of entry of the Bar Order, you must file a proof of claim by the Bar Date.  Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Order, you must file a proof of claim with respect to

such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

**6.      CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**7.      THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules").

If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtors' Schedules are available for inspection on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained

through the PACER Service Center at http://www.pacer.gov.  Copies of the Schedules may also be

examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of

the Clerk of the Bankruptcy Court, One Bowling Green, Room 614, New York, New York 10004-

1408. Copies of the Debtors' Schedules  may also be obtained by written request to Debtors' counsel

at the address and telephone number  set forth below.

**A holder of a possible claim against the Debtors should consult an attorney regarding**

**any matters not covered by this notice, such as whether the holder should file a  proof of claim.**

Dated:  New York, New York                                    **BY ORDER OF THE COURT**
       November 27, 2023

Spence Law Office, P.C.

By: /s/ Robert J. Spence
Robert J. Spence, Esq.
55 Lumber Road, Suite 5
Roslyn, New York 11576
Tel: (516) 336-2060

*Attorneys for Debtors and*
*Debtor-in-Possession*

---

## First document (Pg 1 of 6)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    Chapter 11

4D FACTORY INC., et al.,                  Case Nos. 23-11618(MEW) and
                                          23-11619 (MEW)
        Debtor(s). [1]                    (Subchapter V)
                                          (Jointly Administered)

**ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM
AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Upon the application of the above-captioned debtors and debtors in possession (collectively,

the "Debtors"), for an order, pursuant to Federal Rule of Bankruptcy Procedure  ("Bankruptcy

Rule") 3003(c)(3), fixing a deadline (the "Bar Date") and establishing procedures for filing proofs

of claim and approving the form and manner of service thereof; and it appearing that the relief

requested is in the best interests of the Debtors, their estates, and creditors and that adequate notice

has been given and that no further notice is necessary; and after due deliberation and good and

sufficient cause appearing therefor, it is hereby

**ORDERED**, that except as otherwise provided herein, all persons and entities, (including,

without limitation, individuals, partnerships, corporations, joint ventures and trusts) that assert a

claim, as defined in Section 101(5) of the Bankruptcy Code, against the Debtors which arose on or

prior to the filing of the Chapter 11 petitions on October 10, 2023 (the "Filing Date"), shall file a

proof of such claim in writing or electronically on the Court's website at www.nysb.uscourts.gov

so that it is received on or before **January 8, 2024**, and it is further

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, are 4D Factory Inc. (6770)(Case No. 23-11618 (MEW)), and The 4D Factory LLC (8935) (Case No. 23-11619
(MEW)).
.

1

---

## Second document (Pg 2 of 6)

**ORDERED**, that notwithstanding any other provision hereof, proofs of claim filed by

governmental units must be filed on or before April 8, 2024 (the date that is one hundred eighty

(180) days after the date of the order for relief); and it is further

**ORDERED**, that the following procedures for the filing of proofs of claim shall apply:

(a)    Proofs of claim must conform substantially to Official Bankruptcy Form No. 410;

(b)    Attorneys (with full access accounts) and employees of institutional creditors (with

        limited access  accounts) should file proofs of claim electronically on the Court's

        Case Management/Electronic Case File ("CM/ECF") system.  Those without

        accounts with the CM/ECF system may electronically create and file proofs of claim

        through the "File A Proof of Claim" link on the Court's website at

        www.nysb.uscourts.gov or by mailing or delivering the original proof of claim to

        the United States Bankruptcy Court, Southern District of New York, One Bowling

        Green, One Bowling Green, Room 614, New York, NY 10004-1408;

(c)    Proof of claim will be deemed filed only when received by the Clerk of the

        Bankruptcy Court on or before the Bar Date;

(d)    Proofs of claim must (i) be signed, (ii) include supporting documentation (if

        voluminous, attach a summary) or an explanation as to why documentation is not

        available; (iii) be in the English language; and, (iv) be denominated in United

        States currency;

(e)    Proofs of claim must specify by name and case number the Debtor against which

        the claim is filed; if the holder asserts a claim  against more than one Debtor or

        has claims against different Debtors, a separate proof of claim form must be filed

        with respect to each Debtor, and it is further

2

ORDERED, Proofs of Claim need not be filed as to the following types of claims:

(a)   Any claim as to which the holder has already filed a proof of claim against the Debtors in the above-captioned case in a form substantially similar to Official Bankruptcy Form No. 410, so long as the claimant does not wish to assert such claim against a Debtor who was not named in the original claim, in which case another Proof of Claim must be filed;

(b)   Any claim that is listed on the Schedules filed by the Debtors, provided that (i) the claim is not scheduled as "disputed", "contingent" or "unliquidated"; and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules; and (iii) the claimant does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(c)   Any claim that heretofore has been allowed by Order of this Court;

(d)   Any claim that has been paid in full by any of the Debtors;

(e)   Any claim for which different specific deadlines have previously been fixed by this Court;

(f)   Any claim by a Debtor against another Debtor, or any claim by any of the non-debtor subsidiaries of The 4D Factory LLC having a claim against any of the Debtors;

(g)   Any claim allowable under § 503(b) and § 507(a) (2) of the Bankruptcy Code as an expense of administration of the Debtor's estate, except as otherwise provided below;

ORDERED, Claims under section 503(b)(9) must be filed by the deadlines set forth in this Order, and it is further;

3

ORDERED, that any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which the order authorizing such rejection is dated on or before the date of entry of this Order, must file a proof of claim based on such rejection on or before the Bar Date, and any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which an order authorizing such rejection is dated after the date of entry of this Order, must file a proof of claim on or before such date as the Court may fix in the applicable order authorizing such rejection; and it is further

ORDERED, that holders of equity interests in the Debtors need not file proofs of interest with respect to the ownership of such equity interest, provided, however, that if any such holder asserts a claim against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a proof of such claim must be filed on or prior to the Bar Date pursuant to the procedures set forth in this Order; and it is further

ORDERED, that if the Debtors amend or supplement the Schedules subsequent to the date hereof, the Debtors shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders shall be afforded thirty (30) days from the date of such notice to file proofs of claim in respect of their claims and shall be given notice of such deadline; and it is further

ORDERED, that nothing in this Order shall prejudice the right of the Debtors or any other party in interest to dispute or assert offsets or defenses to any claim reflected in the Schedules; and it is further

ORDERED, that pursuant to Bankruptcy Rule 3003(c)(2), all holders of claims that fail to comply with this Order by timely filing a proof of claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution; and it is further

4

**ORDERED**, that a copy of the notice substantially in the form annexed hereto is approved and shall be deemed adequate and sufficient if served by first-class mail at least thirty-five (35) days prior to the Bar Date on:

(a)    The United States Trustee;

(b)    Counsel to each official committee;

(c)    All persons or entities that have requested notice of the proceedings in the

Chapter 11 cases;

(d)    All persons or entities that have filed claims;

(e)    All creditors and other known holders of claims as of the date of this Order, including all persons or entities listed in the Schedules as holding claims;

(f)    All parties to executory contracts and unexpired leases of the Debtors;

(g)    All parties to litigation with the Debtors;

(h)    The Internal Revenue Service for the district in which the case is pending and, if required by Bankruptcy Rule 2002(j), the Securities and Exchange Commission and any other required governmental units (a list of such agencies is available from the Office of the Clerk of the Court); and

(i)    Such additional persons and entities as deemed appropriate by the Debtors; and it is further

**ORDERED**, that any person or entity who desires to rely on the Schedules will have the responsibility for determining that the claim is accurately listed in the Schedules; and it is further

**ORDERED**, that the Debtors are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED**, that entry of this Order is without prejudice to the right of the Debtors to  seek a further order of this Court fixing a date by which holders of claims or interests not subject  to the Bar Date established herein must file such proofs of claim or interest or be barred from  doing so.

Dated: New York, New York
November 27, 2023

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name _____

Number       Street

City                        State              ZIP Code

Contact phone _____

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Name _____

Number       Street

City                        State              ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
                                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| 7. **How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☐ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                                    $_____<br>**Amount of the claim that is secured:**        $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☐ No<br><br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☐ No<br><br>☐ Yes. Identify the property: _____ |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | _____ | _____ | _____ |
| | First name | Middle name | Last name |
| Title | _____ | | |
| Company | _____ | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | _____ | | |
| | Number        Street | | |
| | _____ | | |
| | City | State | ZIP Code |
| Contact phone | _____ | Email | _____ |