JENNER & BLOCK LLP
Todd C. Toral
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 239-5100

Richard Levin
Jacob D. Alderdice
Carl N. Wedoff
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel for Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, and Mark Yeend, on behalf of Neon Machine, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: <br><br> THE 4D FACTORY, LLC, *et al.*, <br><br> Debtor.[1] | Chapter 11 <br><br> No. 23-11618 (MEW) (Subchapter V Cases) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Carl Wedoff, an attorney duly admitted to practice before this Court, certify that on December 12, 2023, I caused copies of *Neon Shareholders' Reply Brief Regarding Neon Shareholders' Motion for an Order Declaring Automatic Stay Inapplicable, or in the Alternative, Granting Relief from Automatic Stay* [Dkt. 44] to be served by the Electronic Case Filing System

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC's (8935). As used herein, the "Debtor" refers to The 4D Factory LLC.

for the United States Bankruptcy Court for the Southern District of New York on all registered parties.

| | |
|---|---|
| Dated: December 13, 2023<br>New York, New York | Respectfully submitted,<br><br>**JENNER & BLOCK LLP**<br><br>By: /s/ *Carl Wedoff*<br>Carl Wedoff |