UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 4D FACTORY INC., *et al*. | : | Case No. 23-11618 (MEW) |
| | : | (Subchapter V Cases) |
| | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## ORDER FURTHER EXTENDING TIME TO FILE PERIODIC REPORTS PURSUANT TO RULE 2015.3

UPON the written joint application of the above-captioned Debtors for an Order of this Court extending the Debtors' time to file schedules and required statements, and the United States Trustee having been noticed with the application, and good cause having been shown for the relief requested, it is hereby

**ORDERED**, that the Debtor's time to file and serve the periodic reports pursuant to Bankruptcy Rule 2015.3 be and hereby is extended through and including January 15, 2024.

DATED: New York, New York
December 18, 2023

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE