UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| | : | Chapter 11 |
|---|---|---|
| *In re*: | : | |
| | : | No. 23-11618 (MEW) |
| 4D FACTORY, INC., *et al.*, | : | |
| | : | (Subchapter V Cases) |
| Debtors.[1] | : | |
| | : | (Jointly Administered) |

---------------------------------------------------------x

**STIPULATION OF SUBSTITUTION OF COUNSEL
AND NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND
REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2090-1, Jenner & Block LLP ("Jenner") hereby withdraws its appearance as counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, and Mark Yeend (collectively, the "Neon Shareholders") in the above-captioned chapter 11 cases, and Paul Hastings LLP ("Paul Hastings") hereby enters its appearance as counsel to the Neon Shareholders in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). The undersigned requests that the Clerk of the United States Bankruptcy Court for the Southern District of New York remove Jenner from electronic and paper noticing for the Chapter 11 Cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017.1, 3017.2, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully requests that all notices given or required to be given in the Chapter 11 Cases and all papers served or required to be served in such cases be served upon the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

1

Jonathan D. Canfield
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:     (212) 318-6000
Facsimile:     (212) 319-4090
Email:  joncanfield@paulhastings.com

Justin Rawlins
Will Clark Farmer
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, 27th Floor
Century City, California 90067
Telephone:     (310) 620-5700
Facsimile:     (310) 620-5899
Email:  justinrawlins@paulhastings.com
            willfarmer@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise made with regard to the above-captioned cases and adversary proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this notice shall not be deemed or construed to be a waiver of any rights of the Neon Shareholders, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Neon Shareholders may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

Dated: January 16, 2024
New York, New York

| **JENNER & BLOCK LLP** | **PAUL HASTINGS LLP** |
|---|---|
| /s/ *Todd C. Toral* | /s/ *Jonathan D. Canfield* |
| Todd C. Toral | Jonathan D. Canfield |
| 515 South Flower Street, Suite 3300 | **PAUL HASTINGS LLP** |
| Los Angeles, CA 90071 | 200 Park Avenue |
| Telephone: (213) 239-5100 | New York, New York 10166 |
| Email: ttoral@jenner.com | Telephone: (212) 318-6000 |
|  | Facsimile: (212) 319-4090 |
| Richard Levin | Email: joncanfield@paulhastings.com |
| Jacob D. Alderdice |  |
| Carl N. Wedoff | Justin Rawlins |
| 1155 Avenue of the Americas | Will Clark Farmer |
| New York, New York 10036 | **PAUL HASTINGS LLP** |
| Telephone: (212) 891-1600 | 1999 Avenue of the Stars, 27th Floor |
| Email: rlevin@jenner.com | Century City, California 90067 |
| jalderdice@jenner.com | Telephone: (310) 620-5700 |
| cwedoff@jenner.com | Facsimile: (310) 620-5899 |
|  | Email: justinrawlins@paulhastings.com |
| *Withdrawing Counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, and Mark Yeend* | willfarmer@paulhastings.com |
|  | *Substituting Counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, and Mark Yeend* |

**SO ORDERED**

Dated: January 17, 2024          **s/Michael E. Wiles**
                                  Hon. Michael E. Wiles
                                  UNITED STATES BANKRUPTCY JUDGE