**COOLEY LLP**
Paul J. Springer
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
Fax: (212) 479-6275
Email: pspringer@cooley.com

-and-

Robert L. Eisenbach III
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
Email: reisenbach@cooley.com

*Counsel for GM Europe Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE 4D FACTORY, LLC, *et al.*[1] | No. 23-11618 (MEW) (Subchapter V Cases) |
| Debtors. | (Jointly Administered) |

**_AMENDED_ NOTICE OF GM EUROPE LIMITED'S MOTION FOR ENTRY OF AN ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY TO NON-DEBTOR CENTILI LIMITED, OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE STAY**

**PLEASE TAKE NOTICE** that GM Europe Limited ("GM Europe") previously requested and obtained a hearing date on *GM Europe Limited's Motion for Entry of an Order Confirming that the Automatic Stay does not Apply to Non-Debtor Centili Limited, or, in the Alternative,*

---

[1] The Debtors in these Subchapter V cases, along with the last four digits of each Debtor's federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory, LLC (8935).

1

*Granting Relief from the Stay* filed at ECF No. 53 ("Motion") before the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 617, One Bowling Green, New York, New York 10004-1408 on January 24, 2024 at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Motion will no longer be heard on January 24, 2024. Instead, the Motion will now be heard on **February 15, 2024 at 10:00 a.m.** prevailing Eastern Time ("Hearing"). Parties wishing to attend the Hearing remotely must make arrangements through Court Solutions at www.Court-Solutions.com. Information on how to register for, and use, the Court Solutions platform is available at https://help.court-solutions.com/hc/en-us.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for the Motion passed on January 17, 2024, and no objections to the relief requested in the Motion were filed on the docket. However, the deadline for the Debtors to object to the relief requested in the Motion has been consensually extended to January 24, 2024 at 4:00 p.m. prevailing Eastern Time.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE** that the deadline for GM Europe to reply to any timely filed objections is February 12, 2024 at 4:00 p.m. prevailing Eastern Time.

Dated: January 18, 2024
New York, New York

*/s/ Paul J. Springer*
**COOLEY LLP**
Paul J. Springer
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
Fax: (212) 479-6275
Email: pspringer@cooley.com

-and-

Robert L. Eisenbach III
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
Email:   reisenbach@cooley.com

*Counsel for GM Europe Limited*