## EXHIBIT 3

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | cort@the4dfactory.com; shonour@northernpacificgroup.com; steve@horowitzrubenstein.com; josh@polychain.capital; Pierre Planche |
| **Subject:** | Reinstatement of Mark Long as CEO |
| **Date:** | Monday, December 18, 2023 4:32:45 PM |
| **Attachments:** | image001.png |
| | Reinstatement of Mark Long.pdf |

To the Members of the Board of Directors,

I'm sending you the enclosed letter on behalf of the employees of Neon Machine Inc. containing an urgent request: The reinstatement of Mark Long as our Chief Executive Officer.

Thank you for your time and consideration. We look forward to your prompt and positive response.

Sincerely,

**Dave Johnson**

Executive Producer



Shrapnel.com

**Subject: Urgent Matter - Reinstatement of Mark Long**

Dear Neon Machine Board Members,

We, the employees of Neon Machine Inc., are writing to express our collective objection to the suspension of our CEO, Mark Long, and his replacement with Cort Javarone. The decision to replace a game industry veteran with an unqualified director has shaken our team to its core and jeopardizes the company we've painstakingly built.

Mark's 28 years of industry expertise are woven into the fabric of Neon Machine. His steady hand has guided us through economic turbulence, industry shifts, and even a global pandemic. His leadership has not only secured our survival but positioned us as a rising force in the burgeoning web3 gaming space.

Cort Javarone, on the other hand, inspires nothing but unease and apprehension among our ranks. He possesses no relevant experience or demonstrably successful track record. His history of lawsuits and bankruptcy generates no confidence in his ability to lead our fragile company, let alone navigate the complexities of web3 gaming.

We urge the Board to reconsider this decision and must convey that, should Mark not be reinstated, we may find it untenable to continue under the leadership of someone who refuses to acknowledge the launch of our token and network, let alone the thousands of players using them since May 2023.

Thank you for your prompt attention to this matter.


Sincerely,

| | | |
|---|---|---|
| **David Johnson** | **Clint Bundrick** | **Joshua Davis** |
| **Jay Prochaska** | **Tony Valcarcel** | **Gianna Sulyma** |
| **Hamed Sahil** | **Sherif Habashi** | **Brice Broaddus** |
| **Jonathan Schwartz** | **Timothy Manley** | **Marcus Jones** |
| **Arun Rao** | **Marc Mercuri** | **Francis Brankin** |
| **Noman Muhammad** | **Glenn Suboc** | **Todd Gilbertsen** |
| **Danny Rodriguez** | **Jay Sherson** | **Michele Stewart** |
| **Adrian Balanon** | **Lauren Brown** | **Andrew De Spain** |
| **Patrick Meade** | **Tanner Ellison** | **Kendall Elmore** |
| **Alan Jones** | **Chris Hagen** | **Tina Russell** |
| **Bruce Tartaglia** | **Danny Quesada** | **John Noonan** |
| **Mike Anderson** | **Ira Shokeen** | **Paul Pawlicki** |
| **Venkata Jyothsna Pakanati** | **Arunan Rabindran** | **Michael Sharpe** |
| **Mark Tanjutco** | **Tyler Bartels** | **Alexander Veneruso** |
| **Weiyi Zhang** | **Ben Perszyk** | **Robert S. Hallwood** |
| **Jennifer Bogatz** | **Sergei Shinkevich** | **Duane Santos** |
| **Gheorghe Crihan** | **Drew Butler** | **George Ohler** |
| **Luke Willis** | **Misha Sky** | |