**EXHIBIT 7**

**From:** Scott Honour <shonour@northernpacificgroup.com>
**Sent:** Wednesday, January 31, 2024 2:22 PM
**To:** Aaron Nonis <aaron.nonis@shrapnel.com>; Don Norbury <don.norbury@shrapnel.com>; diana.amorlove@hotmail.com; camargoomar85@gmail.com
**Cc:** Cort Javarone <cort@the4dfactory.com>; Bob Spence <rspence@spencelawpc.com>; Dave Meyer <david.meyer@afslaw.com>
**Subject:** SHRAP token distribution - Action Required

All,

On January 12, 2024, a Special Meeting of the Board of Directors of Neon Machine, Inc. was duly held, at which the attached resolutions were approved. The Board of Directors is hereby directing you to work together to promptly execute the authorized distribution of SHRAP tokens to the parties listed in the amounts specified. The 4D Factory LLC has already provided a wallet address (see attached letter from their counsel) for receipt of 4D Factory's token allocation. We understand you have addresses for all other parties. To ensure secure sending and receiving, a test transfer should be sent, and receipt confirmed prior to the full distribution. We expect completion of the process within 72 hours.

Further, the Company's counsel has confirmed there are no restrictions in place on the tokens currently held in Treasury. Nevertheless, once they have been distributed per the attached, the Board agreed that the same lockup and expiry of lockup, i.e. "leakout" provisions, that apply to the Advisory tokens should be applied to the tokens being distributed. We are therefore instructing management, once the authorized distribution is complete, to provide recommendations on the practical implementation of the foregoing to the Board.

The Board looks forward to your prompt response and implementation of the attached directives.

Regards,

Scott Honour
Executive Chairman, Board of Directors
Neon Machine, Inc.

**Neon Machine, Inc.**

## CERTIFICATE OF CHAIRMAN

The undersigned, Scott Honour, certifies as follows:

1.   He is the duly appointed and qualified as, and at this date is, the Executive Chairman of **NEON MACHINE, INC.**, a Delaware corporation (the "Company").

2.   On January 12, 2024, the board of directors of the Company resolved as follows:

RESOLVED, that the Company be, and hereby is, authorized to remove, and authorized to instruct Argon Protocol Foundation to remove, any and all of restrictions and designations related to the SHRAP Tokens formerly identified as "treasury tokens".

FURTHER RESOLVED, that the Company be, and hereby is, authorized to, or otherwise authorized to instruct Argon Protocol Foundation to, distribute to the parties listed on the capitalization table provided to the Board on or around February 14, 2022, 1,222,036,913 SHRAP Tokens as follows: 480,927,488 SHRAP Tokens to 4D; 267,181,938 SHRAP Tokens to Griffin Gaming Partners II Side Fund, L.P., 160,309,163 SHRAP Tokens to Polychain Ventures II LP, and 320,618,325 to the founders based upon their stock ownership in proportion to the total shares issued to the founders as of February 14, 2022.

FURTHER RESOLVED, that the officers of the Company are, and each of them hereby is, authorized and directed to identify to the Board the wallet address(es) holding the SHRAP Tokens, provide the required passkey associated with such wallet, and initiate the transfer of such SHRAP Tokens to the wallet addresses to be provided Spence Law Office, P.C and the other holders.

FURTHER RESOLVED, that the Chairman of the Board is authorized, empowered, and directed to do and perform any and all other acts and deeds that he may deem necessary or appropriate to carry out and give effect to the foregoing resolutions, including (but not limited to) identifying the wallet address holding the formerly characterized treasury SHRAP Tokens and initiating the transfer of the such Tokens to the holders identified on the capitalization table provided to the Board on or around February 14, 2022

3.   The foregoing resolutions are true and correct in all respects on and as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this Certificate this 23rd day of January, 2024.

**NEON MACHINE, INC.**

_____
Scott Honour
Executive Chairman

# SPENCE LAW OFFICE, P.C.
**55 LUMBER ROAD, SUITE 5**
**ROSLYN, NY  11576**
**TEL: 516-336-2060  FAX: 516-605-2084**

January 31, 2024

<u>VIA EMAIL ONLY</u>

Scott Honour, Executive Chairman of the Board
Neon Machine, Inc.
Email: shonour@northernpacificgroup.com

                        Re:    4D Factory, Inc., et al., Case No. 23-11618 MEW

Dear Mr. Honour:

    As you know, I am the Court authorized legal representative of The 4D Factory LLC ("4D LLC"), a debtor in the above bankruptcy cases (jointly administered) pending in the Southern District of New York (Case No. 23-11619 MEW).  I am advised that the Board of Neon Machine Inc. has authorized the release and distribution of the SHRAP treasury tokens.   In connection with the release of 4D LLC's tokens, I have been authorized by my client to provide the following wallet address to which the tokens should be sent:

**THE 4D FACTORY LLC WALLET ADDRESS (ERC20 ADDRESS) IS:**

███████████████████████████████████DAC8

    If you have any questions or any instructions for the transfer, please contact the undersigned.  Thank you.

                                         Sincerely yours,

                                         Robert J. Spence