Allan E. Anderson
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
Allan.Anderson@afslaw.com

-and-

Patrick A. Feeney
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Patrick.Feeney@afslaw.com

*Counsel for Cort Javarone, Scott Honour,
and Steve Horowitz*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 4D FACTORY, INC., *et al.* | Case No. 23-11618 (MEW) |
| Debtors. | |

------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cort Javarone, Scott Honour, and Steve Horowitz (the "Directors"), each directors of Neon Machine, Inc. ("Neon Machine"), by and through their counsel, ArentFox Schiff LLP, hereby appears in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be

AFDOCS:199589960.1

given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

| | |
|---|---|
| Allan E. Anderson<br>**ARENTFOX SCHIFF LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br>Allan.Anderson@afslaw.com | Patrick A. Feeney<br>**ARENTFOX SCHIFF LLP**<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>Patrick.Feeney@afslaw.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Directors: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which the Directors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Directors expressly reserves.

| | |
|---|---|
| Dated: February 22, 2024<br>Los Angeles, CA | **ARENTFOX SCHIFF LLP**<br><br>By:  */s/ Allan E. Anderson*<br>Allan E. Anderson<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br>Allan.Anderson@afslaw.com<br><br>-and-<br><br>Patrick A. Feeney<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>Patrick.Feeney@afslaw.com<br><br>*Counsel for Cort Javarone, Scott Honour, and Steve Horowitz* |