UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
*In re*:                                                                  :        Chapter 11
                                                                                  :
                                                                                  :        No. 23-11618 (MEW)
4D FACTORY, INC., *et al.*,                              :
                                                                                  :        (Subchapter V Cases)
                        Debtors.                                     :
                                                                                  :        (Jointly Administered)
-----------------------------------------------------------x

**ORDER AUTHORIZING (i) WITHDRAWAL OF COUNSEL AND
(ii) PAUL HASTING LLP's AMENDED NOTICE OF APPEARANCE**

On April 11, 2024, Paul Hastings LLP filed a motion seeking authorization (i) for the withdrawal of Avram E. Luft counsel to Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, Mark Yeend, Calvin Zhou, Polychain Ventures II LP, Polychain Ventures II (Parallel) LP, Griffin Gaming Partners II, L.P., Griffin Gaming Partners II Side Fund, L.P., Pierre-Edouard Planche, Ben Perszyk, and Josh Rosenthal (collectively, the "Neon Parties") in the above-captioned chapter 11 cases; and (ii) to amend its appearance as counsel to the Neon Parties in the above-captioned chapter 11 cases. Upon consideration of the motion and the supporting Declaration of Nicholas A. Bassett, it is hereby

ORDERED, that withdrawal of Avram E. Luft as counsel to the Neon Parties in this case is authorized; and it is further

ORDERED, that the amendment to Paul Hastings LLP's appearance in this case is approved.

Dated: New York, New York
           April 12, 2024

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE

1