**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re:

4D FACTORY, INC., et al.,

Debtors.[1]

Chapter 11
(Subchapter V)
Case No.: 23-11618 (MEW)
(Jointly Administered)

---------------------------------------------------------------X

THE 4D FACTORY LLC,

Plaintiff,

-against-

Adv. Pro. No. 24-01319 (MEW)

MARK LONG, COLIN FORAN, NAOMI LACKAFF, AARON NONIS, DON NORBURY, MARK YEEND, CALVIN ZHOU, GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN GAMING PARTNERS II SIDE FUND, L.P., POLYCHAIN VENTURES II LP, POLYCHAIN VENTURES II (PARALLEL) LP, PIERRE-EDUOARD PLANCHE, BENJAMIN PERSZYK, JOSH ROSENTHAL,

Defendants,

and

NEON MACHINE, INC., ARGON PROTOCOL FOUNDATION, ARGON ASSET VENTURES CORP.

Nominal Defendants.

---------------------------------------------------------------X

GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN GAMING PARTNERS II SIDE FUND, L.P., POLYCHAIN VENTURES II LP, POLYCHAIN VENTURES II (PARALLEL) LP,

Counterclaim-Plaintiffs, v.

THE 4D FACTORY LLC,

Counterclaim-Defendant.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).

-------------------------------------------------------------------X

GRIFFIN GAMING PARTNERS II, L.P., GRIFFIN GAMING PARTNERS II SIDE FUND, L.P., POLYCHAIN VENTURES II LP, POLYCHAIN VENTURES II (PARALLEL) LP,

Third-Party Plaintiffs,

v.

CORT JAVARONE, SCOTT HONOUR, and STEVE HOROWITZ,

Third-Party Defendants.

-------------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARINGS ON RULE 9019 MOTIONS**

**PLEASE TAKE NOTICE**, that the expedited hearing(s) on (a) the Debtors' Motion Seeking Authorization for the Debtors and the Neon Defendants to Enter Into Limited Agreement Over Network Launch (ECF 95), and (b) the Debtors' Motion Seeking Entry of an Order Authorizing the Debtors to Enter Into an Agreement with MEP Capital Holdings III, LP and Cort Javarone (ECF 97), originally scheduled to be heard on May 6, 2024 at 11:00 a.m., have been adjourned to May 10, 2024, at 11:00 a.m.

Dated: Roslyn, New York
May 1, 2024

Spence Law Office, P.C.
Attorneys for Debtors and Debtors-in-Possession

By: */s/ Robert J. Spence*
Robert J. Spence, Esq.
55 Lumber Road, Suite 5
Roslyn, New York 11576
(516) 336-2060