| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: November 12, 2024<br>HEARING TIME: 10:00 a.m. |

-------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 23-11618-MEW
4D Factory, Inc., et al. :
:
Debtors[1]. :
:
:
-------------------------------------------------- x

## NOTICE OF MOTION TO REMOVE DEBTORS-IN-POSSESSION

**PLEASE TAKE NOTICE** that upon this Notice of Motion, the Declaration of Lauren Friend McKelvey dated October 9, 2024 and the exhibits annexed thereto, and the accompanying memorandum of law and exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, MEP Capital Holdings III, L.P. ("MEP"), a creditor and party in interest in this bankruptcy matter, will move this Court before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on November 12, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an order removing the debtors-in-possession pursuant to 11 U.S.C. § 1185(a), and for such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that any responses to the motion shall be filed with the Court and served upon undersigned counsel for MEP, the U.S. Trustee, the Subchapter V Trustee, and their respective counsel (if any), no later than seven (7) days prior to the return date.

---

[1] The debtors in these Chapter 11 cases are 4D Factory Inc. and The 4D Factory LLC.

Dated:  October 9, 2024

REITLER KAILAS & ROSENBLATT LLP
Attorneys for MEP Capital Holdings III, L.P.

By:  *s/ Lauren F. McKelvey*
Lauren Friend McKelvey*
Reitler Kailas & Rosenblatt LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Tel.: (212) 209-3037
E-mail: lmckelvey@reitlerlaw.com

*admitted pro hac vice

Julie B. Wlodinguer
885 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 209-3050
Fax: (212) 371-5500
Email: jwlodinguer@reitlerlaw.com