# SETTLEMENT AGREEMENT

This Agreement, dated as of February 7, 2025, and effective as of the date the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") enters a final, non-appealable order approving the settlement and this Agreement (the "Effective Date"), is entered into by and among the Neon Parties,[1] Neon Media LLC ("Neon Media"), the Debtors,[2] and the Debtor Directors (together with Debtors and Neon Media, the "4D Parties").[3] Each of the foregoing are collectively referred to herein as the "Parties" and each entity and individual as a "Party."

# RECITALS

WHEREAS, in or around March 2020, Messrs. Long, Foran, Nonis, Norbury, and Yeend and Ms. Lackaff formed Neon Media;

WHEREAS, on or about July 20, 2020, 4D, Messrs. Long, Foran, Nonis, Norbury, and Yeend, James Zhang, and Ms. Lackaff, and Neon Media entered into that certain Neon Media LLC Amended and Restated Limited Liability Company Operating Agreement;

WHEREAS, on or about July 24, 2020, Messrs. Long, Foran, Nonis, Norbury, and Yeend and Ms. Lackaff each executed a Membership Agreement with Neon Media;

WHEREAS, Messrs. Long, Foran, Nonis, Norbury, Yeend, Zhou, Grossman and Ms. Lackaff each is no longer employed by or works at Neon Media and/or 4D, as the case may be;

WHEREAS, on or about August 2, 2021, Neon Machine executed its Certificate of Incorporation, and on or about August 3, 2021, filed it with the Delaware Secretary of State;

WHEREAS, on or about September 29, 2021, Griffin entered into those certain Simple Agreements for Future Equity (each a "SAFE") with Neon Machine;

WHEREAS, on or about September 30, 2021, Polychain entered into those certain SAFEs with Neon Machine;

WHEREAS, 4D, as purchaser, and Neon Machine entered into that certain Stock Purchase

---

[1] The Neon Parties comprise Neon Machine, Inc. ("Neon Machine"), Mark Long, Colin Foran, Naomi Lackaff, Aaron Nonis, Don Norbury, Mark Yeend, Calvin Zhou, Griffin Gaming Partners II, L.P. and Griffin Gaming Partners II Side Fund, L.P. (together with Griffin Gaming Partners II, LP, "Griffin"), Polychain Ventures II LP and Polychain Ventures II (Parallel) LP (together with Polychain Ventures II LP, "Polychain"), Pierre-Edouard Planche, Benjamin Perszyk, and Josh Rosenthal.

[2] The Debtors are 4D Factory, Inc. ("4D Inc.") and The 4D Factory LLC ("4D"), whose jointly administered chapter 11 cases (subchapter V) are pending before Bankruptcy Court for the, Case No. 23-11618 (MEW) (Bankr. S.D.N.Y.).

[3] The Debtor Directors comprise Cort Javarone, Scott Honour, and Steve Horowitz.

Right Notice and Restricted Stock Purchase Agreement, executed on or about October 1, 2021;

WHEREAS, on or about October 1, 2021, Neon Media, as seller, and Neon Machine, as buyer, entered into that certain Intellectual Property Sale Agreement;

WHEREAS, on or about October 1, 2021, Mark Long and 4D executed that certain Unit Forfeiture Agreement;

WHEREAS, in 2023, Polychain and Griffin entered into additional SAFEs with Neon Machine;

WHEREAS, in or around April 2023, Messrs. Long, Foran, Nonis, Norbury, and Yeend and Ms. Lackaff executed Unit Forfeiture Agreements with Neon Media;

WHEREAS, between April 2023 and August 2023, Neon Machine entered into additional SAFEs with third parties;

WHEREAS, in 2022 and 2023, Neon Machine raised capital through the issuance and sale of certain SAFEs to accredited investors, and Neon Machine has, through the date of this Agreement, continued to seek additional financing and investment opportunities, including issuance of a new token that would not substitute or replace, and is not intended to devalue, the SHRAP Token and its use on the Shrapnel platform;

WHEREAS, on or about November 27, 2023, Long, Foran, Lackaff, Nonis, Norbury, and Yeend initiated the action against the Debtor Directors styled *Mark Long, et al., v. Javarone, et al.*, by filing a Verified Complaint, C.A. No. 2023-1186-MTZ, before the Court of Chancery of the State of Delaware;

WHEREAS, all of the Recitals referenced above are collectively referred to as the "Prior Actions";

WHEREAS, on or about October 10, 2023, the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code before the Bankruptcy Court (the "Bankruptcy");

WHEREAS, on or about February 22, 2024, 4D initiated the action styled *The 4D Factory, LLC v. Mark Long et al.*, by filing a Complaint, [Dkt. No. 1], Adv. Pro. No. 24-01319, before the Bankruptcy Court (the "Adversary Proceeding");

WHEREAS, on or about March 26, 2024, Messrs. Long, Foran, Nonis, Norbury, Zhou, and Yeend and Ms. Lackaff filed their *Third-Party Complaint and Counterclaims*, [Dkt. No. 8], Adv. Pro. No. 24-01319, against 4D and the Debtor Directors (the "Founder Complaint");

WHEREAS, on or about March 26, 2024, Griffin and Polychain filed their *Third-Party Complaint and Counterclaims*, [Dkt. No. 9], Adv. Pro. No. 24-01319, against 4D and the Debtor Directors (the "Investor Complaint");

WHEREAS, on or about April 25, 2024, the Neon Parties (not including Neon Machine),

the Debtors, and the Debtor Directors entered into that certain agreement concerning "Network Launch," as defined under the SAFEs, and stipulated that Network Launch occurred by April 29, 2023 (the "Network Launch Settlement");

WHEREAS, on or about April 26, 2024, 4D filed its *Motion for an Order Authorizing the Debtors and Neon Parties' Limited Agreement Over Network Launch,* [Dkt. No. 94], Case No. 23-11618 (MEW), as amended thereafter [Dkt. No. 95];

WHEREAS, on or about May 13, 2024, the Bankruptcy Court entered its *Order Granting Motion and Approving the Debtors' and Neon Parties' Limited Agreement Over Network Launch,* [Dkt. No. 107], approving the Network Launch Settlement;

WHEREAS, on September 2, 2024, 4D filed its *Second Amended Complaint* and Neon Media filed its *Original Complaint*, [Dkt. No. 50], Adv. Proc. No. 24-01319 (together, the "Second Amended Complaint");

WHEREAS, as of the Effective Date, (a) Neon Media alleges claims for breach of contract, breach of fiduciary duty, intentional interference with contract, breach of duty of loyalty, and declaratory relief against the Neon Parties, *see* Second Amended Complaint; (b) 4D alleges claims for breach of contract, turnover and accounting of property, breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, fraudulent concealment, promissory estoppel, conversion, fraudulent transfer, unjust enrichment, violation of the Bankruptcy Code's automatic stay, and declaratory relief against the Neon Parties, *see* Second Amended Complaint; (c) Griffin and Polychain allege claims for declaratory judgment, intentional interference with contractual relations, fraud in the inducement, fraud, aiding and abetting fraud, conversion, unjust enrichment, and violation of California Business and Professions Code § 17200, *et seq.*, against 4D and the Debtor Directors, as applicable, *see* Investor Complaint; and (d) Messrs. Long, Foran, Nonis, Norbury, Zhou, and Yeend and Ms. Lackaff allege claims for declaratory judgment, breach of fiduciary duties, tortious interference, civil conspiracy, fraud, and unjust enrichment against 4D and the Debtor Directors, as applicable, *see* Founder Complaint (collectively, all of the foregoing allegations and claims, as well as those allegations, claims, and causes of action in the (1) Founder Complaint; (2) Investor Complaint; (3) Second Amended Complaint, (4) 4D's original *Complaint*, [Dkt. No. 1], filed on or about February 22, 2024 in the Adversary Proceeding, and (5) 4D's first *Amended Complaint*, [Dkt. No. 4], filed on or about March 14, 2024 in the Adversary Proceeding, between and amongst the Parties hereto, the "Adversary Claims"); and

WHEREAS, the Parties have conducted arm's-length negotiations with respect to the Adversary Claims and have agreed to resolve the disputes between or among the Parties concerning the Adversary Claims, Bankruptcy, and Prior Actions, as well as any and all claims, causes of action or disputes that exist between or among the Parties on the terms and conditions outlined below.

NOW, THEREFORE, in consideration of the following promises, terms, and conditions, and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound, the Parties do hereby agree as follows:

## SETTLEMENT OBLIGATIONS

1.        In exchange for and in consideration of the dismissal of the Adversary Claims and all causes of action brought by any Party in the Adversary Proceeding and the releases of all other claims, as described below, including but not limited to the Prior Actions: (1) Neon Machine, on behalf of all of the Neon Parties, shall make a total payment of $7,500,000 (the "Settlement Cash Payment"), with $4,250,000 to be paid in cash to 4D for the claims of 4D that it allegedly did not receive certain SHRAP Tokens that it purportedly could have sold after November 2023, and $3,250,000 to be credited to the Neon Parties for the claims of Messrs. Long, Foran, Nonis, Norbury, Zhou, and Yeend and Ms. Lackaff for breach of fiduciary duty of loyalty as against 4D as alleged in Count 14 of the Founder Complaint; and (2) Messrs. Long, Foran, Nonis, Norbury, Zhou, and Yeend and Ms. Lackaff, on behalf of all of the Neon Parties, shall provide 150,000,000 SHRAP Tokens to 4D and/or Neon Media (the "Settlement Token Payment" and, collectively with the Settlement Cash Payment, the "Settlement Payment Obligations").   To effectuate the foregoing:

1.1     Neon Machine shall pay or cause to be paid to 4D $100,000 on or before five (5) business days following the Effective Date (the "First Payment").

1.2     Neon Machine shall pay or cause to paid to 4D $1,000,000 on or before eighteen (18) months following the Effective Date (the "Second Payment").

1.3     Neon Machine shall pay or cause to paid to 4D $3,150,000 on or before forty-eight (48) months following the Effective Date (the "Third Payment").

1.4     Messrs. Long, Foran, Nonis, Norbury, Zhou, and Yeend and Ms. Lackaff shall cause to be transferred and assigned certain of their respective future interests and agree to modify certain existing smart contracts such that 4D will be issued 120,000,000 SHRAP Tokens in accordance with the SHRAP Token unlock schedule detailed in Paragraph 3, *infra,* including but not limited to for settlement of the avoidance action asserted by 4D in Count II of the Second Amended Complaint.

1.5     Messrs. Long, Foran, Nonis, Norbury, Zhou, and Yeend and Ms. Lackaff shall cause to be transferred and assigned certain of their respective future interests and agree to modify certain existing smart contracts such that Neon Media will be issued 30,000,000 SHRAP Tokens in accordance with the SHRAP Token unlock schedule detailed in Paragraph 3, *infra*, including but not limited to for settlement of the Neon Media claims asserted in the Second Amended Complaint.

2.        The First Payment, Second Payment, and Third Payment shall be delivered to Lawson & Moshenberg PLLC's client trust account, which shall be held in trust for distribution under the Debtors' Plan or until further Order of the Bankruptcy Court.

3.        The release of unlocked SHRAP Tokens pursuant to Paragraphs 1.4 and 1.5, above, will be made available to 4D and Neon Media, respectively, pursuant to the SHRAP Token Unlock Schedule attached hereto as **EXHIBIT A**.   Exhibit A details the tranche release dates and the number of SHRAP Tokens that are unlocked daily on a pro rata basis based on the percentage of SHRAP Tokens allocated for release.   As reflected on Exhibit A, 182,481.75 SHRAP Tokens will

unlock daily beginning on December 29, 2024 through September 28, 2025; 213,675.21 SHRAP Tokens will unlock daily beginning on September 29, 2025 through June 28, 2026; and 152,625.15 SHRAP Tokens will unlock daily beginning on June 29, 2026 through March 28, 2027.  The pro rata SHRAP Tokens, unlocked daily, will be made available to 4D and Neon Media beginning on the later of (a) December 29, 2024 or (b) five (5) business days following the Effective Date.  Neon Machine utilizes Liquifi as its third party token administrator for distributions of unlocked SHRAP Tokens.  4D's and Neon Media's SHRAP Tokens will be made available to claim via the Liquifi App (https://app.liquifi.finance) utilizing Lawson & Moshenberg PLLC's wallet account which has been provided to counsel for the Neon Parties. 4D's SHRAP tokens shall be held in trust for distribution under the Debtors' Plan or until further Order of the Bankruptcy Court.

4. 4D shall provide counsel for the Neon Parties an IRS Form W-9, Request for Taxpayer Identification Number and Certification, reflecting the Settlement Cash Payment.  The Neon Parties shall not bear any responsibility or liability with regard to how the Settlement Payment Obligations made under Paragraphs 1 through 3, above, are divided and distributed between or among the 4D Parties or any third parties, which shall be the sole responsibility of 4D and its counsel and subject to any confirmed Plan or further Order of the Bankruptcy Court.

5. 4D shall use commercially reasonable good faith efforts to, within three business days of the execution of this Agreement, file a motion before the Bankruptcy Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, seeking approval of the settlement and this Agreement.

6. Within five (5) business days of delivery of the First Payment the Parties shall file and serve a dismissal of their respective operative pleadings, including all of the Adversary Claims and causes of action therein against the other Parties, and Bankruptcy claims related to Proof of Claim Nos. 11-1, 12-1, 13-1 and 14-1, with prejudice.

## MUTUAL RELEASES AND COVENANTS NOT TO SUE

7. Except as to such rights or claims as may be created by this Agreement, the Neon Parties, on behalf of themselves, and their respective affiliates, parents, subsidiaries, related entities, companies, corporations, partners, members, shareholders, investors, agents, employees, officers, directors, clients, attorneys, representatives, advisors, predecessors, successors, insurers, reinsurers, accountants, or anyone acting on their behalf (collectively the "Neon Released Parties"), hereby fully and forever release and covenant not to sue each other and each of the 4D Parties, and each of their respective affiliates, parents, subsidiaries, related entities, companies, corporations, partners, members, shareholders, investors, agents, employees, officers, directors, clients, attorneys, representatives, advisors, predecessors, successors, insurers, reinsurers, accountants, or anyone acting on their behalf, and anyone claiming by or through any of them or any of their representatives, (collectively "4D Released Parties"), from and for the Adversary Claims, Bankruptcy claims, Prior Actions, any employment-related claims, and any and all claims, debts, liabilities, demands, obligations, losses, guarantees, costs, expenses, attorneys' fees, damages, counts or causes of action of whatever kind or nature, whether known or unknown, suspected or unsuspected, claimed or unclaimed, asserted or unasserted, fixed or contingent, accrued or unaccrued, past or present, whether based in law or equity, under U.S. federal or state law or any other law of any other jurisdiction, direct or derivative, arising out of, relating to, or in

any way connecting to, from the beginning of time through the Effective Date, the Adversary Claims, Bankruptcy claims (including Proof of Claim Nos. 11-1, 12-1, 13-1 and 14-1), Prior Actions, the Adversary Proceeding, 4D, Neon Media, Neon Machine, and/or the Parties' interests, rights, or obligations in any of the foregoing (all together, the "Released Matters").  It is the intention of the Neon Parties in executing this Agreement that this Agreement shall be deemed effective as a full and final accord and satisfaction and release.

8.      Except as to such rights or claims as may be created by this Agreement, the 4D Released Parties hereby fully and forever release and covenant not to sue the Neon Released Parties, including for avoidance of doubt (but in no way limiting the foregoing) Andrew Grossman, from and for any and all claims, debts, liabilities, demands, obligations, losses, guarantees, costs, expenses, attorneys' fees, damages, counts or causes of action of whatever kind or nature, whether known or unknown, suspected or unsuspected, claimed or unclaimed, asserted or unasserted, fixed or contingent, accrued or unaccrued, past or present, whether based in law or equity, under U.S. federal or state law or any other law of any other jurisdiction, direct or derivative, arising out of, relating to, or in any way connecting to, from the beginning of time through the Effective Date, the Released Matters.  It is the intention of the 4D Parties in executing this Agreement that this Agreement shall be deemed effective as a full and final accord and satisfaction and release.  The 4D Parties, however, do not release and specifically reserve any and all claims against the following non-party entities or their respective affiliates, directors, officers, contractors, or employees (none of whom are parties to this litigation): Axis Insurance Company, MEP Capital Holdings, Goal Acquisitions Corp., Digital Virgo, Stainless Games, and Swarmio.

## WAIVER OF CIVIL CODE SECTION 1542

9.      Except as to such rights or claims as may be created by this Agreement, as fully described herein, it is the desire of the Parties to fully, finally, and forever settle, compromise, and discharge the Released Matters from the beginning of time to the date of full execution of this Agreement.  Accordingly, the Parties, including their respective releasors as set forth in Paragraph 7, knowingly, voluntarily and expressly waive all rights and benefits afforded by Section 1542 of the Civil Code of the State of California ("Section 1542"), and any analogous rule or principle of any other jurisdiction, and do so understanding the significance of that waiver.  Section 1542 provides:

> *A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.*

## LEGAL ADVICE CONCERNING THIS AGREEMENT

10.     The Parties, and each of them, represent and warrant that they rely solely upon their own judgment, belief, and knowledge, and upon the advice and recommendations of their own independently selected legal counsel with respect to this Agreement, and that they have not been influenced to any extent whatsoever in executing this Agreement by any of the Parties hereto, or

by any person representing them.  The Parties, and each of them, represent and warrant that they have been advised by, or had the opportunity to consult with, legal counsel of their choice with respect to this Agreement, including the waiver of Section 1542 and any similar law or statute, and that they understand and acknowledge the significance and consequence of entering into this Agreement.

## NO ASSIGNMENT OF CLAIMS AND INDEMNIFICATION

11.    The Parties, and each of them, represent and warrant that they have not heretofore taken any action to assign, transfer, subrogate, sell, encumber or convey, or to purport to assign, transfer, subrogate, sell, encumber or convey, voluntarily or by operation of law, to any other person or entity, any claim or other matter herein released.  Any Party that breaches the provisions of this Paragraph agrees to be responsible to completely indemnify any other Party or Parties for the consequences of such breach, whether or not litigation is commenced, including but not limited to the costs of defense, including attorneys' fees, any settlement, any judgment or other award, and any and all appeals until final disposition of such matter.

## REPRESENTATIONS AND WARRANTIES

12.    The Parties, and each of them, represent and warrant as follows:

12.1    The signatories to this Agreement have full power, right, and authority to execute this Agreement on behalf of the Parties hereto, and to enter into releases on behalf of the persons and entities identified herein.

12.2    Each of the Parties has entered into this Agreement without reliance upon any statement, warranty, promise, inducement, agreement or representation not contained in this Agreement of any other Party hereto or any agent for said Party or Parties to this Agreement.

12.3    The Parties expressly accept and assume the risk that the facts with respect to which this Agreement is executed may be found hereafter to be different from the facts now believed to be true, and acknowledge and agree that this Agreement shall be and remain effective notwithstanding such difference in facts, if any.

12.4    The Parties expressly accept and assume the risk regarding the value of the Settlement Token Payment, which is volatile and speculative, and the value of the Settlement Token Payment may change based on facts that may be found hereafter to be different from the facts now believed to be true.

12.5    The Parties have read and understand this Agreement, and have entered into this Agreement voluntarily and free of duress, undue influence or coercion.

12.6    The Parties shall cooperate with respect to the preparation of, and shall execute or deliver, such documents as may be appropriate to effectuate the meaning, intent and purpose of this Agreement.

## NON-DISPARAGEMENT

13.     To the maximum extent permitted by applicable law, the Parties agree not to criticize, denigrate, or otherwise make any defamatory statements or comments or disparage one another or any of their agents in relation to any of the Released Matters.

## REMEDIES FOR BREACH

14.     The Parties acknowledge that a breach of this Agreement cannot reasonably or adequately be compensated in damages in an action at law, and that a breach of any of the provisions contained in this Agreement will cause the other Parties irreparable injury and damage. Accordingly, the Parties and their respective counsel agree that any Party shall be entitled, in addition to any other remedies he/she/it may have under this Agreement or otherwise, to seek preliminary and permanent injunctive and other equitable relief such as specific performance to prevent or curtail any breach of this Agreement; provided, however, that no specification in this Agreement of a specific legal or equitable remedy shall be construed as a waiver or prohibition against pursuing other legal or equitable remedies in the event of such a breach.

14.1    For the avoidance of doubt, the 4D Parties shall only pursue claims related to a breach, if any, of the obligations in this Agreement concerning the Settlement Token Payment, including those obligations set forth in Paragraphs 1, 1.4, 1.5, and 3 of this Agreement, solely against Messrs. Long, Foran, Nonis, Norbury, Yeend, and Zhou, and Ms. Lackaff, except to the extent such breach is caused by Neon Machine or a third party, such as Argon or Liquifi, in which case the 4D Parties reserve the right to pursue claims solely against that party that caused the breach, with all defenses to such claims being fully preserved.

14.2    For the avoidance of doubt, the 4D Parties shall only pursue claims related to a breach, if any, of the obligations in this Agreement concerning the Settlement Cash Payment, including those obligations set forth in Paragraphs 1, 1.1, 1.2, 1.3, and 2, solely against Neon Machine.  The 4D Parties bear the risk that Neon Machine may cease operations, dissolve, or otherwise become unable to make the Settlement Cash Payment, in part or in full. For the avoidance of doubt, Neon Machine hereby represents and warrants that it intends to make those payments and has not, prior to the execution of this Agreement, taken any actions to undermine its obligation to make those payments.  In no event shall any of the other individuals and entities comprising the Neon Released Parties, including, without limitation, Messrs. Long, Foran, Nonis, Norbury, Zhou, Grossman, and Yeend, Ms. Lackaff, Griffin, Polychain, Pierre-Edouard Planche, Benjamin Perszyk, and Josh Rosenthal, bear any liability for any unpaid amount of the Settlement Cash Payment, and the 4D Parties' releases and covenants not to sue under this Agreement shall remain in full force and effect.

## COLLABORATION AND ASSISTANCE

15.     The Parties and their respective counsel shall not voluntarily collaborate with or assist any other individual or business entity in any lawsuit, claim, demand, action, or causes of action of whatever kind or nature arising out of, based upon, relating to or in connection with the Released Matters, other than matters specifically reserved by the 4D Parties in Paragraph 8, above, except where required to do so by law and/or by court order.

## EXCLUDED MATTERS

16.     The 4D Parties represent and warrant that they will attempt in good faith to minimize any discovery needed from the Neon Parties in the course of litigating any of the matters excluded from the releases in Paragraph 8, above.

## NO REPRESENTATIONS OF TAX TREATMENT

17.     The Parties recognize and agree that they alone are responsible for any local, state, federal or foreign taxes that may be assessed or owing with respect to this Agreement. The Parties agree to make no claim against the other for any payment or non-payment of taxes or regarding or relating to the reporting of the payment described in this Agreement, if any, to any taxing authorities.  The Parties acknowledge to each other that the other parties have not made any representation about the tax consequences of the payments set forth herein.

## ATTORNEYS' FEES AND COSTS

18.     The Parties shall each bear their own costs and attorneys' fees, including but not limited to statutory and contractual attorneys' fees, in connection with the claims and matters raised and the settlement as reflected in this Agreement.  Notwithstanding the foregoing, the prevailing party to any proceeding to enforce or interpret any part of this Agreement shall be entitled to recover his/her/its actual attorneys' fees, costs, and expenses; and any such fees, costs, and expenses awarded hereunder shall be included in any award, judgment, or appellate decision arising out of such proceeding.

## ENTIRE AGREEMENT

19.     This Agreement constitutes the entire Agreement between the Parties, and supersedes and renders null, void, and non-actionable any and all prior or contemporaneous agreements, promises, warranties, understandings, terms, conditions, and representations, written or oral, made by the Parties, or their agents, concerning the matters covered by this Agreement. This Agreement may be amended and modified only by a written statement signed by all of the Parties hereto and acknowledged and approved in writing by all of the Parties or by their agents. Notwithstanding the foregoing, the Parties agree that this Agreement does not supersede the Parties' Settlement Agreement concerning Network Launch, which remains in full force and effect.

## HEADINGS

20.     The titles and headings of this Agreement are for convenience and identification only, and shall not be deemed to limit, amplify or define the contents of the respective sections or Paragraphs to which they pertain.

## AGREEMENT CONSTRUED AS IF JOINTLY PREPARED

21.     This Agreement shall not be construed against a Party as a result of his/her/its respective involvement in the preparation of this Agreement, but shall be construed as if all Parties jointly prepared this Agreement, and any ambiguity shall not be interpreted against any one Party

as a result of his/her/its participation in the drafting of this Agreement.

## SUCCESSORS AND ASSIGNS

22.     The terms, covenants, conditions, and provisions of this Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors, predecessors, agents, assigns, representatives, parents, subsidiaries, affiliates, and related entities.

## GOOD FAITH

23.     Each Party represents and warrants that the settlement set forth in this Agreement has been entered into in good faith.

## NO ADMISSION OF LIABILITY

24.     The Parties agree that entering into this Agreement is not and shall not be construed as an admission of liability or wrongdoing by any of the Parties hereto, and that neither this Agreement nor any act performed or document executed pursuant to or in furtherance of this Agreement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any claim released by any Party, or of any wrongdoing or liability of any of the Parties; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Parties in any civil, criminal or administrative proceeding in any court, administrative agency, or other tribunal.

## COUNTERPARTS; ELECTRONIC OR FACSIMILE SIGNATURES

25.     This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument.  The signatures to this Agreement may be evidenced by facsimile, "portable document format" (.pdf) copies reflecting the signatures hereto, or other electronic signature (including, without limitation, DocuSign). The use, if any, of electronic signatures shall be of the same legal effect, validity and enforceability as a manually executed signature hereto, and any such facsimile or .pdf copy shall be sufficient to evidence the signature as if it were an original signature.

## WAIVER AND AMENDMENT

26.     No breach of any provision in this Agreement can be waived unless in writing. Waiver of any one breach of any provision shall not be deemed to be a waiver of any other breach of the same or any other provision.  This Agreement may otherwise only be amended by written instrument executed by all Parties or by attorneys authorized to act on their behalf.

## WAIVER OF RELIEF

27.     Each of the Parties waives all rights under California Code of Civil Procedure Section 473 or any similar law or statute, which provides relief based on mistake, inadvertence or excusable neglect.

Docusign Envelope ID: D2AA6C05-389E-4406-8738-CA5C818E66C6

## NO UNDISCLOSED ACTIONS

28.    As of the date of execution of this Agreement, each Party represents and warrants that he/she/it has neither taken any undisclosed action that is inconsistent with this Agreement, including the future payment requirements herein, nor has any plans to take action inconsistent with this Agreement.

## SEVERABILITY

29.    If any provision of this Agreement, or portion thereof, is held invalid or unenforceable by a court of competent jurisdiction, such invalidity or unenforceability shall attach only to such provision or portion thereof, and shall not in any manner, affect or render invalid or unenforceable any other provision of the Agreement or portion thereof.  If either Party deems the invalid or unenforceable provision a material term of the Agreement, he/she/it may bring an action to rescind the entire Agreement.  Nothing in this provision shall alter the moving Party's burden of proof or serve as evidence of the non-moving Party's consent to rescind.

## NOTICES

30.    Notice to be given pursuant to or concerning this Agreement shall be made by hand delivery via private agent, by electronic mail or by overnight delivery express (with delivery via any one of which method shall be sufficient) as follows:

| | |
|---|---|
| To all 4D Parties: | Avi Moshenberg<br>Nick Lawson<br>Lawson & Moshenberg PLLC<br>801 Travis St., Suite 2101, #838<br>Houston, TX 77002<br>avi.moshenberg@lmbusinesslaw.com<br>nick.lawson@lmbusinesslaw.com |
| And on behalf of 4D: | Robert J. Spence<br>Spence Law Office, P.C.<br>55 Lumber Road, Ste 5<br>Roslyn, NY 11576<br>rspence@spencelawpc.com |
| To Neon Parties: | Edward Han<br>Timothy D. Reynolds<br>Paul Hastings LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>edwardhan@paulhastings.com<br>timothyreynolds@paulhastings.com |
| | Nicholas A. Bassett<br>Paul Hastings LLP<br>2050 M Street NW |

*SETTLEMENT AGREEMENT*

Washington, DC 20036
nicholasbassett@paulhastings.com

## GOVERNING LAW AND JURISDICTION

31.     This Agreement shall be governed by and construed in accordance with the laws of the State of California, without regard to any choice of law or conflicts of law principles. The Parties further agree that the Bankruptcy Court maintains jurisdiction to enforce the terms of this Agreement.

[*SIGNATURES ON FOLLOWING PAGE*]

## CERTIFICATION AND APPROVAL

I, the undersigned, certify that I have read the foregoing Agreement in its entirety, that I fully understand the same, and that I agree to be bound by all of the terms and conditions set forth herein.

DATED:  February 2/6/2025, 2025          The 4D Factory, Inc.

By: _____
Cort Javarone, President

DATED:  February 2/6/2025, 2025          The 4D Factory, LLC

By: _____
Cort Javarone, Manager

DATED:  February 2/6/2025, 2025          Cort Javarone

By: _____
Cort Javarone

DATED:  February 2/6/2025, 2025          Scott Honour

By: _____
Scott Honour

DATED:  February 2/6/2025, 2025          Steve Horowitz

By: _____
Steve Horowitz

DATED:  February 2/6/2025, 2025          Neon Media LLC

By: _____
Cort Javarone, Manager

DATED:  February 7, 2025          Neon Machine, Inc.

By: _____
Kenneth S. Rosman, Chief Executive Officer


DATED:  February 6, 2025          Mark Long

By: _____
Mark Long


DATED:  February 6, 2025          Aaron Nonis

By: _____
Aaron Nonis


DATED:  February 6, 2025          Calvin Zhou

By: _____
Calvin Zhou


DATED:  February 6, 2025          Don Norbury

By: _____
Don Norbury


DATED:  February 7, 2025          Mark Yeend

By: _____
Mark Yeend


DATED:  February 7, 2025          Naomi Lackaff

By: _____
Naomi Lackaff

*SETTLEMENT AGREEMENT*

DATED:  February 7, 2025          Colin Foran


By: _____
Colin Foran


DATED:  February 6, 2025          Benjamin Perszyk


By: _____
Benjamin Perszyk


DATED:  February 6, 2025          GRIFFIN GAMING PARTNERS II, L.P.
                                 By:  GGP GP II, LLC, Its General Partner


By: _____
Name: Phil Sanderson
Title:   Manager


DATED:  February 6, 2025          GRIFFIN GAMING PARTNERS II SIDE FUND, L.P.
                                 By:  GGP GP II, LLC, Its General Partner


By: _____
Name: Phil Sanderson
Title:   Manager


DATED:  February 6, 2025          Pierre-Edouard Planche


By: _____
Pierre-Edouard Planche


DATED:  February 7, 2025          Polychain Ventures II LP
                                 By: Polychain Venture Partners II LLC, its general
                                 partner


By: _____
Olaf Carlson Wee, Managing Member

DATED:  February 7, 2025          Polychain Ventures II (Parallel) LP
                                  By: Polychain Venture Partners II LLC, its general
                                  partner

By: _____
Olaf Carlson Wee, Managing Member


DATED:  February 7, 2025          Josh Rosenthal

By: _____
Josh Rosenthal

## EXHIBIT A
## SHRAP TOKEN UNLOCK SCHEDULE

| Tranche | Date | Days | Tranche Allocation | Daily Unlock |
|---|---|---|---|---|
| 2 | 12/29/24 | 274 | 50,000,000.00 | 182,481.75 |
| 3 | 9/29/25 | 273 | 58,333,333.33 | 213,675.21 |
| 4 | 6/29/26 | 273 | 41,666,666.67 | 152,625.15 |
|  |  |  | 150,000,000.00 |  |

| Date | Unlock | Cumulative |
|---|---|---|
| 12/29/24 | 182,481.75 | 182,481.75 |
| 12/30/24 | 182,481.75 | 364,963.50 |
| 12/31/24 | 182,481.75 | 547,445.26 |
| 1/1/25 | 182,481.75 | 729,927.01 |
| 1/2/25 | 182,481.75 | 912,408.76 |
| 1/3/25 | 182,481.75 | 1,094,890.51 |
| 1/4/25 | 182,481.75 | 1,277,372.26 |
| 1/5/25 | 182,481.75 | 1,459,854.01 |
| 1/6/25 | 182,481.75 | 1,642,335.77 |
| 1/7/25 | 182,481.75 | 1,824,817.52 |
| 1/8/25 | 182,481.75 | 2,007,299.27 |
| 1/9/25 | 182,481.75 | 2,189,781.02 |
| 1/10/25 | 182,481.75 | 2,372,262.77 |
| 1/11/25 | 182,481.75 | 2,554,744.53 |
| 1/12/25 | 182,481.75 | 2,737,226.28 |
| 1/13/25 | 182,481.75 | 2,919,708.03 |
| 1/14/25 | 182,481.75 | 3,102,189.78 |
| 1/15/25 | 182,481.75 | 3,284,671.53 |
| 1/16/25 | 182,481.75 | 3,467,153.28 |
| 1/17/25 | 182,481.75 | 3,649,635.04 |
| 1/18/25 | 182,481.75 | 3,832,116.79 |
| 1/19/25 | 182,481.75 | 4,014,598.54 |
| 1/20/25 | 182,481.75 | 4,197,080.29 |
| 1/21/25 | 182,481.75 | 4,379,562.04 |
| 1/22/25 | 182,481.75 | 4,562,043.80 |
| 1/23/25 | 182,481.75 | 4,744,525.55 |
| 1/24/25 | 182,481.75 | 4,927,007.30 |
| 1/25/25 | 182,481.75 | 5,109,489.05 |
| 1/26/25 | 182,481.75 | 5,291,970.80 |
| 1/27/25 | 182,481.75 | 5,474,452.55 |
| 1/28/25 | 182,481.75 | 5,656,934.31 |
| 1/29/25 | 182,481.75 | 5,839,416.06 |
| 1/30/25 | 182,481.75 | 6,021,897.81 |
| 1/31/25 | 182,481.75 | 6,204,379.56 |
| 2/1/25 | 182,481.75 | 6,386,861.31 |
| 2/2/25 | 182,481.75 | 6,569,343.07 |
| 2/3/25 | 182,481.75 | 6,751,824.82 |
| 2/4/25 | 182,481.75 | 6,934,306.57 |
| 2/5/25 | 182,481.75 | 7,116,788.32 |
| 2/6/25 | 182,481.75 | 7,299,270.07 |
| 2/7/25 | 182,481.75 | 7,481,751.82 |
| 2/8/25 | 182,481.75 | 7,664,233.58 |
| 2/9/25 | 182,481.75 | 7,846,715.33 |
| 2/10/25 | 182,481.75 | 8,029,197.08 |
| 2/11/25 | 182,481.75 | 8,211,678.83 |
| 2/12/25 | 182,481.75 | 8,394,160.58 |
| 2/13/25 | 182,481.75 | 8,576,642.34 |

| | | |
|---|---|---|
| 2/14/25 | 182,481.75 | 8,759,124.09 |
| 2/15/25 | 182,481.75 | 8,941,605.84 |
| 2/16/25 | 182,481.75 | 9,124,087.59 |
| 2/17/25 | 182,481.75 | 9,306,569.34 |
| 2/18/25 | 182,481.75 | 9,489,051.09 |
| 2/19/25 | 182,481.75 | 9,671,532.85 |
| 2/20/25 | 182,481.75 | 9,854,014.60 |
| 2/21/25 | 182,481.75 | 10,036,496.35 |
| 2/22/25 | 182,481.75 | 10,218,978.10 |
| 2/23/25 | 182,481.75 | 10,401,459.85 |
| 2/24/25 | 182,481.75 | 10,583,941.61 |
| 2/25/25 | 182,481.75 | 10,766,423.36 |
| 2/26/25 | 182,481.75 | 10,948,905.11 |
| 2/27/25 | 182,481.75 | 11,131,386.86 |
| 2/28/25 | 182,481.75 | 11,313,868.61 |
| 3/1/25 | 182,481.75 | 11,496,350.36 |
| 3/2/25 | 182,481.75 | 11,678,832.12 |
| 3/3/25 | 182,481.75 | 11,861,313.87 |
| 3/4/25 | 182,481.75 | 12,043,795.62 |
| 3/5/25 | 182,481.75 | 12,226,277.37 |
| 3/6/25 | 182,481.75 | 12,408,759.12 |
| 3/7/25 | 182,481.75 | 12,591,240.88 |
| 3/8/25 | 182,481.75 | 12,773,722.63 |
| 3/9/25 | 182,481.75 | 12,956,204.38 |
| 3/10/25 | 182,481.75 | 13,138,686.13 |
| 3/11/25 | 182,481.75 | 13,321,167.88 |
| 3/12/25 | 182,481.75 | 13,503,649.64 |
| 3/13/25 | 182,481.75 | 13,686,131.39 |
| 3/14/25 | 182,481.75 | 13,868,613.14 |
| 3/15/25 | 182,481.75 | 14,051,094.89 |
| 3/16/25 | 182,481.75 | 14,233,576.64 |
| 3/17/25 | 182,481.75 | 14,416,058.39 |
| 3/18/25 | 182,481.75 | 14,598,540.15 |
| 3/19/25 | 182,481.75 | 14,781,021.90 |
| 3/20/25 | 182,481.75 | 14,963,503.65 |
| 3/21/25 | 182,481.75 | 15,145,985.40 |
| 3/22/25 | 182,481.75 | 15,328,467.15 |
| 3/23/25 | 182,481.75 | 15,510,948.91 |
| 3/24/25 | 182,481.75 | 15,693,430.66 |
| 3/25/25 | 182,481.75 | 15,875,912.41 |
| 3/26/25 | 182,481.75 | 16,058,394.16 |
| 3/27/25 | 182,481.75 | 16,240,875.91 |
| 3/28/25 | 182,481.75 | 16,423,357.66 |
| 3/29/25 | 182,481.75 | 16,605,839.42 |
| 3/30/25 | 182,481.75 | 16,788,321.17 |
| 3/31/25 | 182,481.75 | 16,970,802.92 |
| 4/1/25 | 182,481.75 | 17,153,284.67 |
| 4/2/25 | 182,481.75 | 17,335,766.42 |

| | | |
|---|---|---|
| 4/3/25 | 182,481.75 | 17,518,248.18 |
| 4/4/25 | 182,481.75 | 17,700,729.93 |
| 4/5/25 | 182,481.75 | 17,883,211.68 |
| 4/6/25 | 182,481.75 | 18,065,693.43 |
| 4/7/25 | 182,481.75 | 18,248,175.18 |
| 4/8/25 | 182,481.75 | 18,430,656.93 |
| 4/9/25 | 182,481.75 | 18,613,138.69 |
| 4/10/25 | 182,481.75 | 18,795,620.44 |
| 4/11/25 | 182,481.75 | 18,978,102.19 |
| 4/12/25 | 182,481.75 | 19,160,583.94 |
| 4/13/25 | 182,481.75 | 19,343,065.69 |
| 4/14/25 | 182,481.75 | 19,525,547.45 |
| 4/15/25 | 182,481.75 | 19,708,029.20 |
| 4/16/25 | 182,481.75 | 19,890,510.95 |
| 4/17/25 | 182,481.75 | 20,072,992.70 |
| 4/18/25 | 182,481.75 | 20,255,474.45 |
| 4/19/25 | 182,481.75 | 20,437,956.20 |
| 4/20/25 | 182,481.75 | 20,620,437.96 |
| 4/21/25 | 182,481.75 | 20,802,919.71 |
| 4/22/25 | 182,481.75 | 20,985,401.46 |
| 4/23/25 | 182,481.75 | 21,167,883.21 |
| 4/24/25 | 182,481.75 | 21,350,364.96 |
| 4/25/25 | 182,481.75 | 21,532,846.72 |
| 4/26/25 | 182,481.75 | 21,715,328.47 |
| 4/27/25 | 182,481.75 | 21,897,810.22 |
| 4/28/25 | 182,481.75 | 22,080,291.97 |
| 4/29/25 | 182,481.75 | 22,262,773.72 |
| 4/30/25 | 182,481.75 | 22,445,255.47 |
| 5/1/25 | 182,481.75 | 22,627,737.23 |
| 5/2/25 | 182,481.75 | 22,810,218.98 |
| 5/3/25 | 182,481.75 | 22,992,700.73 |
| 5/4/25 | 182,481.75 | 23,175,182.48 |
| 5/5/25 | 182,481.75 | 23,357,664.23 |
| 5/6/25 | 182,481.75 | 23,540,145.99 |
| 5/7/25 | 182,481.75 | 23,722,627.74 |
| 5/8/25 | 182,481.75 | 23,905,109.49 |
| 5/9/25 | 182,481.75 | 24,087,591.24 |
| 5/10/25 | 182,481.75 | 24,270,072.99 |
| 5/11/25 | 182,481.75 | 24,452,554.74 |
| 5/12/25 | 182,481.75 | 24,635,036.50 |
| 5/13/25 | 182,481.75 | 24,817,518.25 |
| 5/14/25 | 182,481.75 | 25,000,000.00 |
| 5/15/25 | 182,481.75 | 25,182,481.75 |
| 5/16/25 | 182,481.75 | 25,364,963.50 |
| 5/17/25 | 182,481.75 | 25,547,445.26 |
| 5/18/25 | 182,481.75 | 25,729,927.01 |
| 5/19/25 | 182,481.75 | 25,912,408.76 |
| 5/20/25 | 182,481.75 | 26,094,890.51 |

| | | |
|---|---|---|
| 5/21/25 | 182,481.75 | 26,277,372.26 |
| 5/22/25 | 182,481.75 | 26,459,854.01 |
| 5/23/25 | 182,481.75 | 26,642,335.77 |
| 5/24/25 | 182,481.75 | 26,824,817.52 |
| 5/25/25 | 182,481.75 | 27,007,299.27 |
| 5/26/25 | 182,481.75 | 27,189,781.02 |
| 5/27/25 | 182,481.75 | 27,372,262.77 |
| 5/28/25 | 182,481.75 | 27,554,744.53 |
| 5/29/25 | 182,481.75 | 27,737,226.28 |
| 5/30/25 | 182,481.75 | 27,919,708.03 |
| 5/31/25 | 182,481.75 | 28,102,189.78 |
| 6/1/25 | 182,481.75 | 28,284,671.53 |
| 6/2/25 | 182,481.75 | 28,467,153.28 |
| 6/3/25 | 182,481.75 | 28,649,635.04 |
| 6/4/25 | 182,481.75 | 28,832,116.79 |
| 6/5/25 | 182,481.75 | 29,014,598.54 |
| 6/6/25 | 182,481.75 | 29,197,080.29 |
| 6/7/25 | 182,481.75 | 29,379,562.04 |
| 6/8/25 | 182,481.75 | 29,562,043.80 |
| 6/9/25 | 182,481.75 | 29,744,525.55 |
| 6/10/25 | 182,481.75 | 29,927,007.30 |
| 6/11/25 | 182,481.75 | 30,109,489.05 |
| 6/12/25 | 182,481.75 | 30,291,970.80 |
| 6/13/25 | 182,481.75 | 30,474,452.55 |
| 6/14/25 | 182,481.75 | 30,656,934.31 |
| 6/15/25 | 182,481.75 | 30,839,416.06 |
| 6/16/25 | 182,481.75 | 31,021,897.81 |
| 6/17/25 | 182,481.75 | 31,204,379.56 |
| 6/18/25 | 182,481.75 | 31,386,861.31 |
| 6/19/25 | 182,481.75 | 31,569,343.07 |
| 6/20/25 | 182,481.75 | 31,751,824.82 |
| 6/21/25 | 182,481.75 | 31,934,306.57 |
| 6/22/25 | 182,481.75 | 32,116,788.32 |
| 6/23/25 | 182,481.75 | 32,299,270.07 |
| 6/24/25 | 182,481.75 | 32,481,751.82 |
| 6/25/25 | 182,481.75 | 32,664,233.58 |
| 6/26/25 | 182,481.75 | 32,846,715.33 |
| 6/27/25 | 182,481.75 | 33,029,197.08 |
| 6/28/25 | 182,481.75 | 33,211,678.83 |
| 6/29/25 | 182,481.75 | 33,394,160.58 |
| 6/30/25 | 182,481.75 | 33,576,642.34 |
| 7/1/25 | 182,481.75 | 33,759,124.09 |
| 7/2/25 | 182,481.75 | 33,941,605.84 |
| 7/3/25 | 182,481.75 | 34,124,087.59 |
| 7/4/25 | 182,481.75 | 34,306,569.34 |
| 7/5/25 | 182,481.75 | 34,489,051.09 |
| 7/6/25 | 182,481.75 | 34,671,532.85 |
| 7/7/25 | 182,481.75 | 34,854,014.60 |

| Date | Amount | Balance |
|---|---|---|
| 7/8/25 | 182,481.75 | 35,036,496.35 |
| 7/9/25 | 182,481.75 | 35,218,978.10 |
| 7/10/25 | 182,481.75 | 35,401,459.85 |
| 7/11/25 | 182,481.75 | 35,583,941.61 |
| 7/12/25 | 182,481.75 | 35,766,423.36 |
| 7/13/25 | 182,481.75 | 35,948,905.11 |
| 7/14/25 | 182,481.75 | 36,131,386.86 |
| 7/15/25 | 182,481.75 | 36,313,868.61 |
| 7/16/25 | 182,481.75 | 36,496,350.36 |
| 7/17/25 | 182,481.75 | 36,678,832.12 |
| 7/18/25 | 182,481.75 | 36,861,313.87 |
| 7/19/25 | 182,481.75 | 37,043,795.62 |
| 7/20/25 | 182,481.75 | 37,226,277.37 |
| 7/21/25 | 182,481.75 | 37,408,759.12 |
| 7/22/25 | 182,481.75 | 37,591,240.88 |
| 7/23/25 | 182,481.75 | 37,773,722.63 |
| 7/24/25 | 182,481.75 | 37,956,204.38 |
| 7/25/25 | 182,481.75 | 38,138,686.13 |
| 7/26/25 | 182,481.75 | 38,321,167.88 |
| 7/27/25 | 182,481.75 | 38,503,649.64 |
| 7/28/25 | 182,481.75 | 38,686,131.39 |
| 7/29/25 | 182,481.75 | 38,868,613.14 |
| 7/30/25 | 182,481.75 | 39,051,094.89 |
| 7/31/25 | 182,481.75 | 39,233,576.64 |
| 8/1/25 | 182,481.75 | 39,416,058.39 |
| 8/2/25 | 182,481.75 | 39,598,540.15 |
| 8/3/25 | 182,481.75 | 39,781,021.90 |
| 8/4/25 | 182,481.75 | 39,963,503.65 |
| 8/5/25 | 182,481.75 | 40,145,985.40 |
| 8/6/25 | 182,481.75 | 40,328,467.15 |
| 8/7/25 | 182,481.75 | 40,510,948.91 |
| 8/8/25 | 182,481.75 | 40,693,430.66 |
| 8/9/25 | 182,481.75 | 40,875,912.41 |
| 8/10/25 | 182,481.75 | 41,058,394.16 |
| 8/11/25 | 182,481.75 | 41,240,875.91 |
| 8/12/25 | 182,481.75 | 41,423,357.66 |
| 8/13/25 | 182,481.75 | 41,605,839.42 |
| 8/14/25 | 182,481.75 | 41,788,321.17 |
| 8/15/25 | 182,481.75 | 41,970,802.92 |
| 8/16/25 | 182,481.75 | 42,153,284.67 |
| 8/17/25 | 182,481.75 | 42,335,766.42 |
| 8/18/25 | 182,481.75 | 42,518,248.18 |
| 8/19/25 | 182,481.75 | 42,700,729.93 |
| 8/20/25 | 182,481.75 | 42,883,211.68 |
| 8/21/25 | 182,481.75 | 43,065,693.43 |
| 8/22/25 | 182,481.75 | 43,248,175.18 |
| 8/23/25 | 182,481.75 | 43,430,656.93 |
| 8/24/25 | 182,481.75 | 43,613,138.69 |

| | | |
|---|---|---|
| 8/25/25 | 182,481.75 | 43,795,620.44 |
| 8/26/25 | 182,481.75 | 43,978,102.19 |
| 8/27/25 | 182,481.75 | 44,160,583.94 |
| 8/28/25 | 182,481.75 | 44,343,065.69 |
| 8/29/25 | 182,481.75 | 44,525,547.45 |
| 8/30/25 | 182,481.75 | 44,708,029.20 |
| 8/31/25 | 182,481.75 | 44,890,510.95 |
| 9/1/25 | 182,481.75 | 45,072,992.70 |
| 9/2/25 | 182,481.75 | 45,255,474.45 |
| 9/3/25 | 182,481.75 | 45,437,956.20 |
| 9/4/25 | 182,481.75 | 45,620,437.96 |
| 9/5/25 | 182,481.75 | 45,802,919.71 |
| 9/6/25 | 182,481.75 | 45,985,401.46 |
| 9/7/25 | 182,481.75 | 46,167,883.21 |
| 9/8/25 | 182,481.75 | 46,350,364.96 |
| 9/9/25 | 182,481.75 | 46,532,846.72 |
| 9/10/25 | 182,481.75 | 46,715,328.47 |
| 9/11/25 | 182,481.75 | 46,897,810.22 |
| 9/12/25 | 182,481.75 | 47,080,291.97 |
| 9/13/25 | 182,481.75 | 47,262,773.72 |
| 9/14/25 | 182,481.75 | 47,445,255.47 |
| 9/15/25 | 182,481.75 | 47,627,737.23 |
| 9/16/25 | 182,481.75 | 47,810,218.98 |
| 9/17/25 | 182,481.75 | 47,992,700.73 |
| 9/18/25 | 182,481.75 | 48,175,182.48 |
| 9/19/25 | 182,481.75 | 48,357,664.23 |
| 9/20/25 | 182,481.75 | 48,540,145.99 |
| 9/21/25 | 182,481.75 | 48,722,627.74 |
| 9/22/25 | 182,481.75 | 48,905,109.49 |
| 9/23/25 | 182,481.75 | 49,087,591.24 |
| 9/24/25 | 182,481.75 | 49,270,072.99 |
| 9/25/25 | 182,481.75 | 49,452,554.74 |
| 9/26/25 | 182,481.75 | 49,635,036.50 |
| 9/27/25 | 182,481.75 | 49,817,518.25 |
| 9/28/25 | 182,481.75 | 50,000,000.00 |
| 9/29/25 | 213,675.21 | 50,213,675.21 |
| 9/30/25 | 213,675.21 | 50,427,350.43 |
| 10/1/25 | 213,675.21 | 50,641,025.64 |
| 10/2/25 | 213,675.21 | 50,854,700.85 |
| 10/3/25 | 213,675.21 | 51,068,376.07 |
| 10/4/25 | 213,675.21 | 51,282,051.28 |
| 10/5/25 | 213,675.21 | 51,495,726.50 |
| 10/6/25 | 213,675.21 | 51,709,401.71 |
| 10/7/25 | 213,675.21 | 51,923,076.92 |
| 10/8/25 | 213,675.21 | 52,136,752.14 |
| 10/9/25 | 213,675.21 | 52,350,427.35 |
| 10/10/25 | 213,675.21 | 52,564,102.56 |
| 10/11/25 | 213,675.21 | 52,777,777.78 |

| Date | Amount | Balance |
|---|---|---|
| 10/12/25 | 213,675.21 | 52,991,452.99 |
| 10/13/25 | 213,675.21 | 53,205,128.21 |
| 10/14/25 | 213,675.21 | 53,418,803.42 |
| 10/15/25 | 213,675.21 | 53,632,478.63 |
| 10/16/25 | 213,675.21 | 53,846,153.85 |
| 10/17/25 | 213,675.21 | 54,059,829.06 |
| 10/18/25 | 213,675.21 | 54,273,504.27 |
| 10/19/25 | 213,675.21 | 54,487,179.49 |
| 10/20/25 | 213,675.21 | 54,700,854.70 |
| 10/21/25 | 213,675.21 | 54,914,529.91 |
| 10/22/25 | 213,675.21 | 55,128,205.13 |
| 10/23/25 | 213,675.21 | 55,341,880.34 |
| 10/24/25 | 213,675.21 | 55,555,555.56 |
| 10/25/25 | 213,675.21 | 55,769,230.77 |
| 10/26/25 | 213,675.21 | 55,982,905.98 |
| 10/27/25 | 213,675.21 | 56,196,581.20 |
| 10/28/25 | 213,675.21 | 56,410,256.41 |
| 10/29/25 | 213,675.21 | 56,623,931.62 |
| 10/30/25 | 213,675.21 | 56,837,606.84 |
| 10/31/25 | 213,675.21 | 57,051,282.05 |
| 11/1/25 | 213,675.21 | 57,264,957.26 |
| 11/2/25 | 213,675.21 | 57,478,632.48 |
| 11/3/25 | 213,675.21 | 57,692,307.69 |
| 11/4/25 | 213,675.21 | 57,905,982.91 |
| 11/5/25 | 213,675.21 | 58,119,658.12 |
| 11/6/25 | 213,675.21 | 58,333,333.33 |
| 11/7/25 | 213,675.21 | 58,547,008.55 |
| 11/8/25 | 213,675.21 | 58,760,683.76 |
| 11/9/25 | 213,675.21 | 58,974,358.97 |
| 11/10/25 | 213,675.21 | 59,188,034.19 |
| 11/11/25 | 213,675.21 | 59,401,709.40 |
| 11/12/25 | 213,675.21 | 59,615,384.62 |
| 11/13/25 | 213,675.21 | 59,829,059.83 |
| 11/14/25 | 213,675.21 | 60,042,735.04 |
| 11/15/25 | 213,675.21 | 60,256,410.26 |
| 11/16/25 | 213,675.21 | 60,470,085.47 |
| 11/17/25 | 213,675.21 | 60,683,760.68 |
| 11/18/25 | 213,675.21 | 60,897,435.90 |
| 11/19/25 | 213,675.21 | 61,111,111.11 |
| 11/20/25 | 213,675.21 | 61,324,786.32 |
| 11/21/25 | 213,675.21 | 61,538,461.54 |
| 11/22/25 | 213,675.21 | 61,752,136.75 |
| 11/23/25 | 213,675.21 | 61,965,811.97 |
| 11/24/25 | 213,675.21 | 62,179,487.18 |
| 11/25/25 | 213,675.21 | 62,393,162.39 |
| 11/26/25 | 213,675.21 | 62,606,837.61 |
| 11/27/25 | 213,675.21 | 62,820,512.82 |
| 11/28/25 | 213,675.21 | 63,034,188.03 |

| Date | Amount | Balance |
|---|---|---|
| 11/29/25 | 213,675.21 | 63,247,863.25 |
| 11/30/25 | 213,675.21 | 63,461,538.46 |
| 12/1/25 | 213,675.21 | 63,675,213.68 |
| 12/2/25 | 213,675.21 | 63,888,888.89 |
| 12/3/25 | 213,675.21 | 64,102,564.10 |
| 12/4/25 | 213,675.21 | 64,316,239.32 |
| 12/5/25 | 213,675.21 | 64,529,914.53 |
| 12/6/25 | 213,675.21 | 64,743,589.74 |
| 12/7/25 | 213,675.21 | 64,957,264.96 |
| 12/8/25 | 213,675.21 | 65,170,940.17 |
| 12/9/25 | 213,675.21 | 65,384,615.38 |
| 12/10/25 | 213,675.21 | 65,598,290.60 |
| 12/11/25 | 213,675.21 | 65,811,965.81 |
| 12/12/25 | 213,675.21 | 66,025,641.03 |
| 12/13/25 | 213,675.21 | 66,239,316.24 |
| 12/14/25 | 213,675.21 | 66,452,991.45 |
| 12/15/25 | 213,675.21 | 66,666,666.67 |
| 12/16/25 | 213,675.21 | 66,880,341.88 |
| 12/17/25 | 213,675.21 | 67,094,017.09 |
| 12/18/25 | 213,675.21 | 67,307,692.31 |
| 12/19/25 | 213,675.21 | 67,521,367.52 |
| 12/20/25 | 213,675.21 | 67,735,042.74 |
| 12/21/25 | 213,675.21 | 67,948,717.95 |
| 12/22/25 | 213,675.21 | 68,162,393.16 |
| 12/23/25 | 213,675.21 | 68,376,068.38 |
| 12/24/25 | 213,675.21 | 68,589,743.59 |
| 12/25/25 | 213,675.21 | 68,803,418.80 |
| 12/26/25 | 213,675.21 | 69,017,094.02 |
| 12/27/25 | 213,675.21 | 69,230,769.23 |
| 12/28/25 | 213,675.21 | 69,444,444.44 |
| 12/29/25 | 213,675.21 | 69,658,119.66 |
| 12/30/25 | 213,675.21 | 69,871,794.87 |
| 12/31/25 | 213,675.21 | 70,085,470.09 |
| 1/1/26 | 213,675.21 | 70,299,145.30 |
| 1/2/26 | 213,675.21 | 70,512,820.51 |
| 1/3/26 | 213,675.21 | 70,726,495.73 |
| 1/4/26 | 213,675.21 | 70,940,170.94 |
| 1/5/26 | 213,675.21 | 71,153,846.15 |
| 1/6/26 | 213,675.21 | 71,367,521.37 |
| 1/7/26 | 213,675.21 | 71,581,196.58 |
| 1/8/26 | 213,675.21 | 71,794,871.79 |
| 1/9/26 | 213,675.21 | 72,008,547.01 |
| 1/10/26 | 213,675.21 | 72,222,222.22 |
| 1/11/26 | 213,675.21 | 72,435,897.44 |
| 1/12/26 | 213,675.21 | 72,649,572.65 |
| 1/13/26 | 213,675.21 | 72,863,247.86 |
| 1/14/26 | 213,675.21 | 73,076,923.08 |
| 1/15/26 | 213,675.21 | 73,290,598.29 |

| | | |
|---|---|---|
| 1/16/26 | 213,675.21 | 73,504,273.50 |
| 1/17/26 | 213,675.21 | 73,717,948.72 |
| 1/18/26 | 213,675.21 | 73,931,623.93 |
| 1/19/26 | 213,675.21 | 74,145,299.15 |
| 1/20/26 | 213,675.21 | 74,358,974.36 |
| 1/21/26 | 213,675.21 | 74,572,649.57 |
| 1/22/26 | 213,675.21 | 74,786,324.79 |
| 1/23/26 | 213,675.21 | 75,000,000.00 |
| 1/24/26 | 213,675.21 | 75,213,675.21 |
| 1/25/26 | 213,675.21 | 75,427,350.43 |
| 1/26/26 | 213,675.21 | 75,641,025.64 |
| 1/27/26 | 213,675.21 | 75,854,700.85 |
| 1/28/26 | 213,675.21 | 76,068,376.07 |
| 1/29/26 | 213,675.21 | 76,282,051.28 |
| 1/30/26 | 213,675.21 | 76,495,726.50 |
| 1/31/26 | 213,675.21 | 76,709,401.71 |
| 2/1/26 | 213,675.21 | 76,923,076.92 |
| 2/2/26 | 213,675.21 | 77,136,752.14 |
| 2/3/26 | 213,675.21 | 77,350,427.35 |
| 2/4/26 | 213,675.21 | 77,564,102.56 |
| 2/5/26 | 213,675.21 | 77,777,777.78 |
| 2/6/26 | 213,675.21 | 77,991,452.99 |
| 2/7/26 | 213,675.21 | 78,205,128.21 |
| 2/8/26 | 213,675.21 | 78,418,803.42 |
| 2/9/26 | 213,675.21 | 78,632,478.63 |
| 2/10/26 | 213,675.21 | 78,846,153.85 |
| 2/11/26 | 213,675.21 | 79,059,829.06 |
| 2/12/26 | 213,675.21 | 79,273,504.27 |
| 2/13/26 | 213,675.21 | 79,487,179.49 |
| 2/14/26 | 213,675.21 | 79,700,854.70 |
| 2/15/26 | 213,675.21 | 79,914,529.91 |
| 2/16/26 | 213,675.21 | 80,128,205.13 |
| 2/17/26 | 213,675.21 | 80,341,880.34 |
| 2/18/26 | 213,675.21 | 80,555,555.56 |
| 2/19/26 | 213,675.21 | 80,769,230.77 |
| 2/20/26 | 213,675.21 | 80,982,905.98 |
| 2/21/26 | 213,675.21 | 81,196,581.20 |
| 2/22/26 | 213,675.21 | 81,410,256.41 |
| 2/23/26 | 213,675.21 | 81,623,931.62 |
| 2/24/26 | 213,675.21 | 81,837,606.84 |
| 2/25/26 | 213,675.21 | 82,051,282.05 |
| 2/26/26 | 213,675.21 | 82,264,957.26 |
| 2/27/26 | 213,675.21 | 82,478,632.48 |
| 2/28/26 | 213,675.21 | 82,692,307.69 |
| 3/1/26 | 213,675.21 | 82,905,982.91 |
| 3/2/26 | 213,675.21 | 83,119,658.12 |
| 3/3/26 | 213,675.21 | 83,333,333.33 |
| 3/4/26 | 213,675.21 | 83,547,008.55 |

| | | |
|---|---|---|
| 3/5/26 | 213,675.21 | 83,760,683.76 |
| 3/6/26 | 213,675.21 | 83,974,358.97 |
| 3/7/26 | 213,675.21 | 84,188,034.19 |
| 3/8/26 | 213,675.21 | 84,401,709.40 |
| 3/9/26 | 213,675.21 | 84,615,384.62 |
| 3/10/26 | 213,675.21 | 84,829,059.83 |
| 3/11/26 | 213,675.21 | 85,042,735.04 |
| 3/12/26 | 213,675.21 | 85,256,410.26 |
| 3/13/26 | 213,675.21 | 85,470,085.47 |
| 3/14/26 | 213,675.21 | 85,683,760.68 |
| 3/15/26 | 213,675.21 | 85,897,435.90 |
| 3/16/26 | 213,675.21 | 86,111,111.11 |
| 3/17/26 | 213,675.21 | 86,324,786.32 |
| 3/18/26 | 213,675.21 | 86,538,461.54 |
| 3/19/26 | 213,675.21 | 86,752,136.75 |
| 3/20/26 | 213,675.21 | 86,965,811.97 |
| 3/21/26 | 213,675.21 | 87,179,487.18 |
| 3/22/26 | 213,675.21 | 87,393,162.39 |
| 3/23/26 | 213,675.21 | 87,606,837.61 |
| 3/24/26 | 213,675.21 | 87,820,512.82 |
| 3/25/26 | 213,675.21 | 88,034,188.03 |
| 3/26/26 | 213,675.21 | 88,247,863.25 |
| 3/27/26 | 213,675.21 | 88,461,538.46 |
| 3/28/26 | 213,675.21 | 88,675,213.68 |
| 3/29/26 | 213,675.21 | 88,888,888.89 |
| 3/30/26 | 213,675.21 | 89,102,564.10 |
| 3/31/26 | 213,675.21 | 89,316,239.32 |
| 4/1/26 | 213,675.21 | 89,529,914.53 |
| 4/2/26 | 213,675.21 | 89,743,589.74 |
| 4/3/26 | 213,675.21 | 89,957,264.96 |
| 4/4/26 | 213,675.21 | 90,170,940.17 |
| 4/5/26 | 213,675.21 | 90,384,615.38 |
| 4/6/26 | 213,675.21 | 90,598,290.60 |
| 4/7/26 | 213,675.21 | 90,811,965.81 |
| 4/8/26 | 213,675.21 | 91,025,641.03 |
| 4/9/26 | 213,675.21 | 91,239,316.24 |
| 4/10/26 | 213,675.21 | 91,452,991.45 |
| 4/11/26 | 213,675.21 | 91,666,666.67 |
| 4/12/26 | 213,675.21 | 91,880,341.88 |
| 4/13/26 | 213,675.21 | 92,094,017.09 |
| 4/14/26 | 213,675.21 | 92,307,692.31 |
| 4/15/26 | 213,675.21 | 92,521,367.52 |
| 4/16/26 | 213,675.21 | 92,735,042.74 |
| 4/17/26 | 213,675.21 | 92,948,717.95 |
| 4/18/26 | 213,675.21 | 93,162,393.16 |
| 4/19/26 | 213,675.21 | 93,376,068.38 |
| 4/20/26 | 213,675.21 | 93,589,743.59 |
| 4/21/26 | 213,675.21 | 93,803,418.80 |

| Date | Amount | Balance |
|---|---|---|
| 4/22/26 | 213,675.21 | 94,017,094.02 |
| 4/23/26 | 213,675.21 | 94,230,769.23 |
| 4/24/26 | 213,675.21 | 94,444,444.44 |
| 4/25/26 | 213,675.21 | 94,658,119.66 |
| 4/26/26 | 213,675.21 | 94,871,794.87 |
| 4/27/26 | 213,675.21 | 95,085,470.09 |
| 4/28/26 | 213,675.21 | 95,299,145.30 |
| 4/29/26 | 213,675.21 | 95,512,820.51 |
| 4/30/26 | 213,675.21 | 95,726,495.73 |
| 5/1/26 | 213,675.21 | 95,940,170.94 |
| 5/2/26 | 213,675.21 | 96,153,846.15 |
| 5/3/26 | 213,675.21 | 96,367,521.37 |
| 5/4/26 | 213,675.21 | 96,581,196.58 |
| 5/5/26 | 213,675.21 | 96,794,871.79 |
| 5/6/26 | 213,675.21 | 97,008,547.01 |
| 5/7/26 | 213,675.21 | 97,222,222.22 |
| 5/8/26 | 213,675.21 | 97,435,897.44 |
| 5/9/26 | 213,675.21 | 97,649,572.65 |
| 5/10/26 | 213,675.21 | 97,863,247.86 |
| 5/11/26 | 213,675.21 | 98,076,923.08 |
| 5/12/26 | 213,675.21 | 98,290,598.29 |
| 5/13/26 | 213,675.21 | 98,504,273.50 |
| 5/14/26 | 213,675.21 | 98,717,948.72 |
| 5/15/26 | 213,675.21 | 98,931,623.93 |
| 5/16/26 | 213,675.21 | 99,145,299.15 |
| 5/17/26 | 213,675.21 | 99,358,974.36 |
| 5/18/26 | 213,675.21 | 99,572,649.57 |
| 5/19/26 | 213,675.21 | 99,786,324.79 |
| 5/20/26 | 213,675.21 | 100,000,000.00 |
| 5/21/26 | 213,675.21 | 100,213,675.21 |
| 5/22/26 | 213,675.21 | 100,427,350.43 |
| 5/23/26 | 213,675.21 | 100,641,025.64 |
| 5/24/26 | 213,675.21 | 100,854,700.85 |
| 5/25/26 | 213,675.21 | 101,068,376.07 |
| 5/26/26 | 213,675.21 | 101,282,051.28 |
| 5/27/26 | 213,675.21 | 101,495,726.50 |
| 5/28/26 | 213,675.21 | 101,709,401.71 |
| 5/29/26 | 213,675.21 | 101,923,076.92 |
| 5/30/26 | 213,675.21 | 102,136,752.14 |
| 5/31/26 | 213,675.21 | 102,350,427.35 |
| 6/1/26 | 213,675.21 | 102,564,102.56 |
| 6/2/26 | 213,675.21 | 102,777,777.78 |
| 6/3/26 | 213,675.21 | 102,991,452.99 |
| 6/4/26 | 213,675.21 | 103,205,128.21 |
| 6/5/26 | 213,675.21 | 103,418,803.42 |
| 6/6/26 | 213,675.21 | 103,632,478.63 |
| 6/7/26 | 213,675.21 | 103,846,153.85 |
| 6/8/26 | 213,675.21 | 104,059,829.06 |

| | | |
|---|---|---|
| 6/9/26 | 213,675.21 | 104,273,504.27 |
| 6/10/26 | 213,675.21 | 104,487,179.49 |
| 6/11/26 | 213,675.21 | 104,700,854.70 |
| 6/12/26 | 213,675.21 | 104,914,529.91 |
| 6/13/26 | 213,675.21 | 105,128,205.13 |
| 6/14/26 | 213,675.21 | 105,341,880.34 |
| 6/15/26 | 213,675.21 | 105,555,555.56 |
| 6/16/26 | 213,675.21 | 105,769,230.77 |
| 6/17/26 | 213,675.21 | 105,982,905.98 |
| 6/18/26 | 213,675.21 | 106,196,581.20 |
| 6/19/26 | 213,675.21 | 106,410,256.41 |
| 6/20/26 | 213,675.21 | 106,623,931.62 |
| 6/21/26 | 213,675.21 | 106,837,606.84 |
| 6/22/26 | 213,675.21 | 107,051,282.05 |
| 6/23/26 | 213,675.21 | 107,264,957.26 |
| 6/24/26 | 213,675.21 | 107,478,632.48 |
| 6/25/26 | 213,675.21 | 107,692,307.69 |
| 6/26/26 | 213,675.21 | 107,905,982.91 |
| 6/27/26 | 213,675.21 | 108,119,658.12 |
| 6/28/26 | 213,675.21 | 108,333,333.33 |
| 6/29/26 | 152,625.15 | 108,485,958.49 |
| 6/30/26 | 152,625.15 | 108,638,583.64 |
| 7/1/26 | 152,625.15 | 108,791,208.79 |
| 7/2/26 | 152,625.15 | 108,943,833.94 |
| 7/3/26 | 152,625.15 | 109,096,459.10 |
| 7/4/26 | 152,625.15 | 109,249,084.25 |
| 7/5/26 | 152,625.15 | 109,401,709.40 |
| 7/6/26 | 152,625.15 | 109,554,334.55 |
| 7/7/26 | 152,625.15 | 109,706,959.71 |
| 7/8/26 | 152,625.15 | 109,859,584.86 |
| 7/9/26 | 152,625.15 | 110,012,210.01 |
| 7/10/26 | 152,625.15 | 110,164,835.16 |
| 7/11/26 | 152,625.15 | 110,317,460.32 |
| 7/12/26 | 152,625.15 | 110,470,085.47 |
| 7/13/26 | 152,625.15 | 110,622,710.62 |
| 7/14/26 | 152,625.15 | 110,775,335.78 |
| 7/15/26 | 152,625.15 | 110,927,960.93 |
| 7/16/26 | 152,625.15 | 111,080,586.08 |
| 7/17/26 | 152,625.15 | 111,233,211.23 |
| 7/18/26 | 152,625.15 | 111,385,836.39 |
| 7/19/26 | 152,625.15 | 111,538,461.54 |
| 7/20/26 | 152,625.15 | 111,691,086.69 |
| 7/21/26 | 152,625.15 | 111,843,711.84 |
| 7/22/26 | 152,625.15 | 111,996,337.00 |
| 7/23/26 | 152,625.15 | 112,148,962.15 |
| 7/24/26 | 152,625.15 | 112,301,587.30 |
| 7/25/26 | 152,625.15 | 112,454,212.45 |
| 7/26/26 | 152,625.15 | 112,606,837.61 |

| | | |
|---|---|---|
| 7/27/26 | 152,625.15 | 112,759,462.76 |
| 7/28/26 | 152,625.15 | 112,912,087.91 |
| 7/29/26 | 152,625.15 | 113,064,713.06 |
| 7/30/26 | 152,625.15 | 113,217,338.22 |
| 7/31/26 | 152,625.15 | 113,369,963.37 |
| 8/1/26 | 152,625.15 | 113,522,588.52 |
| 8/2/26 | 152,625.15 | 113,675,213.68 |
| 8/3/26 | 152,625.15 | 113,827,838.83 |
| 8/4/26 | 152,625.15 | 113,980,463.98 |
| 8/5/26 | 152,625.15 | 114,133,089.13 |
| 8/6/26 | 152,625.15 | 114,285,714.29 |
| 8/7/26 | 152,625.15 | 114,438,339.44 |
| 8/8/26 | 152,625.15 | 114,590,964.59 |
| 8/9/26 | 152,625.15 | 114,743,589.74 |
| 8/10/26 | 152,625.15 | 114,896,214.90 |
| 8/11/26 | 152,625.15 | 115,048,840.05 |
| 8/12/26 | 152,625.15 | 115,201,465.20 |
| 8/13/26 | 152,625.15 | 115,354,090.35 |
| 8/14/26 | 152,625.15 | 115,506,715.51 |
| 8/15/26 | 152,625.15 | 115,659,340.66 |
| 8/16/26 | 152,625.15 | 115,811,965.81 |
| 8/17/26 | 152,625.15 | 115,964,590.96 |
| 8/18/26 | 152,625.15 | 116,117,216.12 |
| 8/19/26 | 152,625.15 | 116,269,841.27 |
| 8/20/26 | 152,625.15 | 116,422,466.42 |
| 8/21/26 | 152,625.15 | 116,575,091.58 |
| 8/22/26 | 152,625.15 | 116,727,716.73 |
| 8/23/26 | 152,625.15 | 116,880,341.88 |
| 8/24/26 | 152,625.15 | 117,032,967.03 |
| 8/25/26 | 152,625.15 | 117,185,592.19 |
| 8/26/26 | 152,625.15 | 117,338,217.34 |
| 8/27/26 | 152,625.15 | 117,490,842.49 |
| 8/28/26 | 152,625.15 | 117,643,467.64 |
| 8/29/26 | 152,625.15 | 117,796,092.80 |
| 8/30/26 | 152,625.15 | 117,948,717.95 |
| 8/31/26 | 152,625.15 | 118,101,343.10 |
| 9/1/26 | 152,625.15 | 118,253,968.25 |
| 9/2/26 | 152,625.15 | 118,406,593.41 |
| 9/3/26 | 152,625.15 | 118,559,218.56 |
| 9/4/26 | 152,625.15 | 118,711,843.71 |
| 9/5/26 | 152,625.15 | 118,864,468.86 |
| 9/6/26 | 152,625.15 | 119,017,094.02 |
| 9/7/26 | 152,625.15 | 119,169,719.17 |
| 9/8/26 | 152,625.15 | 119,322,344.32 |
| 9/9/26 | 152,625.15 | 119,474,969.47 |
| 9/10/26 | 152,625.15 | 119,627,594.63 |
| 9/11/26 | 152,625.15 | 119,780,219.78 |
| 9/12/26 | 152,625.15 | 119,932,844.93 |

| | | |
|---|---|---|
| 9/13/26 | 152,625.15 | 120,085,470.09 |
| 9/14/26 | 152,625.15 | 120,238,095.24 |
| 9/15/26 | 152,625.15 | 120,390,720.39 |
| 9/16/26 | 152,625.15 | 120,543,345.54 |
| 9/17/26 | 152,625.15 | 120,695,970.70 |
| 9/18/26 | 152,625.15 | 120,848,595.85 |
| 9/19/26 | 152,625.15 | 121,001,221.00 |
| 9/20/26 | 152,625.15 | 121,153,846.15 |
| 9/21/26 | 152,625.15 | 121,306,471.31 |
| 9/22/26 | 152,625.15 | 121,459,096.46 |
| 9/23/26 | 152,625.15 | 121,611,721.61 |
| 9/24/26 | 152,625.15 | 121,764,346.76 |
| 9/25/26 | 152,625.15 | 121,916,971.92 |
| 9/26/26 | 152,625.15 | 122,069,597.07 |
| 9/27/26 | 152,625.15 | 122,222,222.22 |
| 9/28/26 | 152,625.15 | 122,374,847.37 |
| 9/29/26 | 152,625.15 | 122,527,472.53 |
| 9/30/26 | 152,625.15 | 122,680,097.68 |
| 10/1/26 | 152,625.15 | 122,832,722.83 |
| 10/2/26 | 152,625.15 | 122,985,347.99 |
| 10/3/26 | 152,625.15 | 123,137,973.14 |
| 10/4/26 | 152,625.15 | 123,290,598.29 |
| 10/5/26 | 152,625.15 | 123,443,223.44 |
| 10/6/26 | 152,625.15 | 123,595,848.60 |
| 10/7/26 | 152,625.15 | 123,748,473.75 |
| 10/8/26 | 152,625.15 | 123,901,098.90 |
| 10/9/26 | 152,625.15 | 124,053,724.05 |
| 10/10/26 | 152,625.15 | 124,206,349.21 |
| 10/11/26 | 152,625.15 | 124,358,974.36 |
| 10/12/26 | 152,625.15 | 124,511,599.51 |
| 10/13/26 | 152,625.15 | 124,664,224.66 |
| 10/14/26 | 152,625.15 | 124,816,849.82 |
| 10/15/26 | 152,625.15 | 124,969,474.97 |
| 10/16/26 | 152,625.15 | 125,122,100.12 |
| 10/17/26 | 152,625.15 | 125,274,725.27 |
| 10/18/26 | 152,625.15 | 125,427,350.43 |
| 10/19/26 | 152,625.15 | 125,579,975.58 |
| 10/20/26 | 152,625.15 | 125,732,600.73 |
| 10/21/26 | 152,625.15 | 125,885,225.89 |
| 10/22/26 | 152,625.15 | 126,037,851.04 |
| 10/23/26 | 152,625.15 | 126,190,476.19 |
| 10/24/26 | 152,625.15 | 126,343,101.34 |
| 10/25/26 | 152,625.15 | 126,495,726.50 |
| 10/26/26 | 152,625.15 | 126,648,351.65 |
| 10/27/26 | 152,625.15 | 126,800,976.80 |
| 10/28/26 | 152,625.15 | 126,953,601.95 |
| 10/29/26 | 152,625.15 | 127,106,227.11 |
| 10/30/26 | 152,625.15 | 127,258,852.26 |

| | | |
|---|---|---|
| 10/31/26 | 152,625.15 | 127,411,477.41 |
| 11/1/26 | 152,625.15 | 127,564,102.56 |
| 11/2/26 | 152,625.15 | 127,716,727.72 |
| 11/3/26 | 152,625.15 | 127,869,352.87 |
| 11/4/26 | 152,625.15 | 128,021,978.02 |
| 11/5/26 | 152,625.15 | 128,174,603.17 |
| 11/6/26 | 152,625.15 | 128,327,228.33 |
| 11/7/26 | 152,625.15 | 128,479,853.48 |
| 11/8/26 | 152,625.15 | 128,632,478.63 |
| 11/9/26 | 152,625.15 | 128,785,103.79 |
| 11/10/26 | 152,625.15 | 128,937,728.94 |
| 11/11/26 | 152,625.15 | 129,090,354.09 |
| 11/12/26 | 152,625.15 | 129,242,979.24 |
| 11/13/26 | 152,625.15 | 129,395,604.40 |
| 11/14/26 | 152,625.15 | 129,548,229.55 |
| 11/15/26 | 152,625.15 | 129,700,854.70 |
| 11/16/26 | 152,625.15 | 129,853,479.85 |
| 11/17/26 | 152,625.15 | 130,006,105.01 |
| 11/18/26 | 152,625.15 | 130,158,730.16 |
| 11/19/26 | 152,625.15 | 130,311,355.31 |
| 11/20/26 | 152,625.15 | 130,463,980.46 |
| 11/21/26 | 152,625.15 | 130,616,605.62 |
| 11/22/26 | 152,625.15 | 130,769,230.77 |
| 11/23/26 | 152,625.15 | 130,921,855.92 |
| 11/24/26 | 152,625.15 | 131,074,481.07 |
| 11/25/26 | 152,625.15 | 131,227,106.23 |
| 11/26/26 | 152,625.15 | 131,379,731.38 |
| 11/27/26 | 152,625.15 | 131,532,356.53 |
| 11/28/26 | 152,625.15 | 131,684,981.68 |
| 11/29/26 | 152,625.15 | 131,837,606.84 |
| 11/30/26 | 152,625.15 | 131,990,231.99 |
| 12/1/26 | 152,625.15 | 132,142,857.14 |
| 12/2/26 | 152,625.15 | 132,295,482.30 |
| 12/3/26 | 152,625.15 | 132,448,107.45 |
| 12/4/26 | 152,625.15 | 132,600,732.60 |
| 12/5/26 | 152,625.15 | 132,753,357.75 |
| 12/6/26 | 152,625.15 | 132,905,982.91 |
| 12/7/26 | 152,625.15 | 133,058,608.06 |
| 12/8/26 | 152,625.15 | 133,211,233.21 |
| 12/9/26 | 152,625.15 | 133,363,858.36 |
| 12/10/26 | 152,625.15 | 133,516,483.52 |
| 12/11/26 | 152,625.15 | 133,669,108.67 |
| 12/12/26 | 152,625.15 | 133,821,733.82 |
| 12/13/26 | 152,625.15 | 133,974,358.97 |
| 12/14/26 | 152,625.15 | 134,126,984.13 |
| 12/15/26 | 152,625.15 | 134,279,609.28 |
| 12/16/26 | 152,625.15 | 134,432,234.43 |
| 12/17/26 | 152,625.15 | 134,584,859.58 |

| | | |
|---|---|---|
| 12/18/26 | 152,625.15 | 134,737,484.74 |
| 12/19/26 | 152,625.15 | 134,890,109.89 |
| 12/20/26 | 152,625.15 | 135,042,735.04 |
| 12/21/26 | 152,625.15 | 135,195,360.20 |
| 12/22/26 | 152,625.15 | 135,347,985.35 |
| 12/23/26 | 152,625.15 | 135,500,610.50 |
| 12/24/26 | 152,625.15 | 135,653,235.65 |
| 12/25/26 | 152,625.15 | 135,805,860.81 |
| 12/26/26 | 152,625.15 | 135,958,485.96 |
| 12/27/26 | 152,625.15 | 136,111,111.11 |
| 12/28/26 | 152,625.15 | 136,263,736.26 |
| 12/29/26 | 152,625.15 | 136,416,361.42 |
| 12/30/26 | 152,625.15 | 136,568,986.57 |
| 12/31/26 | 152,625.15 | 136,721,611.72 |
| 1/1/27 | 152,625.15 | 136,874,236.87 |
| 1/2/27 | 152,625.15 | 137,026,862.03 |
| 1/3/27 | 152,625.15 | 137,179,487.18 |
| 1/4/27 | 152,625.15 | 137,332,112.33 |
| 1/5/27 | 152,625.15 | 137,484,737.48 |
| 1/6/27 | 152,625.15 | 137,637,362.64 |
| 1/7/27 | 152,625.15 | 137,789,987.79 |
| 1/8/27 | 152,625.15 | 137,942,612.94 |
| 1/9/27 | 152,625.15 | 138,095,238.10 |
| 1/10/27 | 152,625.15 | 138,247,863.25 |
| 1/11/27 | 152,625.15 | 138,400,488.40 |
| 1/12/27 | 152,625.15 | 138,553,113.55 |
| 1/13/27 | 152,625.15 | 138,705,738.71 |
| 1/14/27 | 152,625.15 | 138,858,363.86 |
| 1/15/27 | 152,625.15 | 139,010,989.01 |
| 1/16/27 | 152,625.15 | 139,163,614.16 |
| 1/17/27 | 152,625.15 | 139,316,239.32 |
| 1/18/27 | 152,625.15 | 139,468,864.47 |
| 1/19/27 | 152,625.15 | 139,621,489.62 |
| 1/20/27 | 152,625.15 | 139,774,114.77 |
| 1/21/27 | 152,625.15 | 139,926,739.93 |
| 1/22/27 | 152,625.15 | 140,079,365.08 |
| 1/23/27 | 152,625.15 | 140,231,990.23 |
| 1/24/27 | 152,625.15 | 140,384,615.38 |
| 1/25/27 | 152,625.15 | 140,537,240.54 |
| 1/26/27 | 152,625.15 | 140,689,865.69 |
| 1/27/27 | 152,625.15 | 140,842,490.84 |
| 1/28/27 | 152,625.15 | 140,995,116.00 |
| 1/29/27 | 152,625.15 | 141,147,741.15 |
| 1/30/27 | 152,625.15 | 141,300,366.30 |
| 1/31/27 | 152,625.15 | 141,452,991.45 |
| 2/1/27 | 152,625.15 | 141,605,616.61 |
| 2/2/27 | 152,625.15 | 141,758,241.76 |
| 2/3/27 | 152,625.15 | 141,910,866.91 |

| | | |
|---|---|---|
| 2/4/27 | 152,625.15 | 142,063,492.06 |
| 2/5/27 | 152,625.15 | 142,216,117.22 |
| 2/6/27 | 152,625.15 | 142,368,742.37 |
| 2/7/27 | 152,625.15 | 142,521,367.52 |
| 2/8/27 | 152,625.15 | 142,673,992.67 |
| 2/9/27 | 152,625.15 | 142,826,617.83 |
| 2/10/27 | 152,625.15 | 142,979,242.98 |
| 2/11/27 | 152,625.15 | 143,131,868.13 |
| 2/12/27 | 152,625.15 | 143,284,493.28 |
| 2/13/27 | 152,625.15 | 143,437,118.44 |
| 2/14/27 | 152,625.15 | 143,589,743.59 |
| 2/15/27 | 152,625.15 | 143,742,368.74 |
| 2/16/27 | 152,625.15 | 143,894,993.89 |
| 2/17/27 | 152,625.15 | 144,047,619.05 |
| 2/18/27 | 152,625.15 | 144,200,244.20 |
| 2/19/27 | 152,625.15 | 144,352,869.35 |
| 2/20/27 | 152,625.15 | 144,505,494.51 |
| 2/21/27 | 152,625.15 | 144,658,119.66 |
| 2/22/27 | 152,625.15 | 144,810,744.81 |
| 2/23/27 | 152,625.15 | 144,963,369.96 |
| 2/24/27 | 152,625.15 | 145,115,995.12 |
| 2/25/27 | 152,625.15 | 145,268,620.27 |
| 2/26/27 | 152,625.15 | 145,421,245.42 |
| 2/27/27 | 152,625.15 | 145,573,870.57 |
| 2/28/27 | 152,625.15 | 145,726,495.73 |
| 3/1/27 | 152,625.15 | 145,879,120.88 |
| 3/2/27 | 152,625.15 | 146,031,746.03 |
| 3/3/27 | 152,625.15 | 146,184,371.18 |
| 3/4/27 | 152,625.15 | 146,336,996.34 |
| 3/5/27 | 152,625.15 | 146,489,621.49 |
| 3/6/27 | 152,625.15 | 146,642,246.64 |
| 3/7/27 | 152,625.15 | 146,794,871.79 |
| 3/8/27 | 152,625.15 | 146,947,496.95 |
| 3/9/27 | 152,625.15 | 147,100,122.10 |
| 3/10/27 | 152,625.15 | 147,252,747.25 |
| 3/11/27 | 152,625.15 | 147,405,372.41 |
| 3/12/27 | 152,625.15 | 147,557,997.56 |
| 3/13/27 | 152,625.15 | 147,710,622.71 |
| 3/14/27 | 152,625.15 | 147,863,247.86 |
| 3/15/27 | 152,625.15 | 148,015,873.02 |
| 3/16/27 | 152,625.15 | 148,168,498.17 |
| 3/17/27 | 152,625.15 | 148,321,123.32 |
| 3/18/27 | 152,625.15 | 148,473,748.47 |
| 3/19/27 | 152,625.15 | 148,626,373.63 |
| 3/20/27 | 152,625.15 | 148,778,998.78 |
| 3/21/27 | 152,625.15 | 148,931,623.93 |
| 3/22/27 | 152,625.15 | 149,084,249.08 |
| 3/23/27 | 152,625.15 | 149,236,874.24 |