**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

Chapter 11
(Subchapter V)

4D Factory, Inc., et al.,                                    Case No.: 23-11618 (MEW)
(Jointly Administered)

Debtors. [1]
-----------------------------------------------------------X

### DECLARATION OF JEFFREY R. MANNING, SR., CTP
### ON BEHALF OF THE SILVER BIRCH GROUP, INC.
### <u>SUBMITTED IN SUPPORT OF CONFIRMATION</u>

JEFFREY R. MANNING, SR. declares under the penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the following statements are true and correct:

1.      I am the founder and senior managing director of The Silver Birch Group, Inc. with offices at 1463A Grandview Road, Arnold, MD 21012 ("Silver Birch").

2.      That on December 18, 2024, The 4D Factor, LLC (the "Debtors"), engaged my services to perform a valuation of certain assets including Shrap Tokens in connection with a first player shooter game soon to be launched by Neon Machine, Inc. ("NEON").

3.      My findings were set forth in a valuation report which I understand has been filed with the Bankruptcy Court. (ECF 159, Exhibit B).

4.      While the report was subsequently amended to address other changes to assets other than the Shrap tokens, my analysis and valuation of the Shrap Tokens remains the same.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are 4D Factory Inc. (6770), and The 4D Factory LLC (8935).
.

## BACKGROUND AND QUALIFICATIONS

5.        A copy of my curriculum vitae is annexed hereto as Exhibit A.

6.        Since beginning my corporate finance career over 40 years ago, I have worked in commercial banking, corporate finance, operating restructuring, value investing, fixed income trading, and investment banking. Most recently, in 2024 I was recognized by The M&A Advisor §363 for my work as the "Outstanding Investment Banker" on Winc, Inc., a transaction selected as the "Sale of the Year" (in the $10-$50 million category). I have also been recognized as an "Outstanding Investment Banker" by Turnaround and Restructuring Magazine in 2017, 2018, 2020, and 2023, and over the past two decades I have appeared regularly on The Deal "League Tables."

7.        The Turnaround Management Association ("TMA") designates me as a Subject Matter Expert in two areas – Sale of Assets and Companies under the U.S. Federal Bankruptcy Code (§363 Sales) and Valuation in Bankruptcy.

8.        To provide investment banking services, I have earned the following FINRA licenses: Series 7 -- General Securities Representative, Series 63 -- Uniform Securities Agent State Law, Series 24 -- General Securities Principal, and Series 79 -- Investment Banking Representative. It is my understanding that fewer than ten professionals qualify with both a FINRA Series 24 license and the Certified Turnaround Professional ("CTP") designation from the Turnaround Management Association.

9.        During my career I have completed over 150 engagements. I have provided expert testimony in dozens of jurisdictions in the Federal U.S. Bankruptcy Courts, in addition to testimony and expert reports for United States Attorney's Offices on various matters in the SDNY and EDNY.

10.        My compensation is not based upon my opinions.

11.        I have no prior relationship or any conflict of interest with either the Debtors or the Company.

<u>**RELEVANT FACTS**</u>

11. My understanding of the background is as follows.

12. Today, NEON develops a Blockchain-enabled first-person shooter ("FPS") game. Spun off from HBO in 2020, the antecedent Shrapnel Game Studio became NEON Machine, Inc., incorporated in Delaware in 2021. "SHRAPNEL" is a revolutionary first-person shooter AAA18 Blockchain-enabled game creating NFTs19 with its own cryptocurrency and user-generated content. NEON represents that it is one of the first in the videogame industry where players own the platform and decide the game's future. These NFTs are made by the Gamers themselves – unique and traceable – trackable through SHRAP Tokens that are "tradable" assets and convertible to "fiat" currency, versus reserved for reuse exclusively in the host video game only, which is how nearly all other video game tokens have utility.

13. Blockchain developments over the past several years make it possible that SHRAPNEL will be the first moddable20 AAA FPS game entirely on chain, using new capabilities to empower players to collectively own the game and its future roadmap. Blockchain provides an approachable system to earn real money — i.e., SHRAP Tokens to sell and trade, play and win, create and own. Finally, with the SHRAP Token and a Blockchain-powered game economy, Gamers can have the opportunity to be rewarded for the time they spend doing  what they love.

14. While the video gaming industry has created over 1,200 tradable game token platforms, NEON believes SHRAPNEL is unique in that virtual assets are created and owned by players, who can then use SHRAP Tokens to trade them and define and alter the game. NEON currently expects the free-to-play launch during the second half of 2025.

## VALUATION OF THE TOKENS

15.     Based on my knowledge and information obtained from 4D management and other sources, most of which are referenced in my report, I made the following findings and opinion of valuation of the Shrap Tokens:

**Findings/Factors Affecting Value and Assumptions**

A.      While altcoin cryptocurrency prices are challenging to predict, as Blockchain continues to develop, altcoins will continue to thrive. Approximately 1,200 game tokens are currently quoted and traded over dozens of exchanges, and these markets continue to mature. The appetite for crypto rallied in 2024 in anticipation of the new Administration, and prospects remain bright for 2025.

B.      SHRAP Tokens are unique. No easy "comp" exists, as NEON intentionally designs its tokens as "one of a kind." SHRAP Tokens are used to buy and sell digital NFTs created by Gamers themselves. However, SBG justifies this range of SHRAP Token valuation using several data points.

C.      Important SHRAP Token Caveats Supporting Valuation:

i.   SHRAPNEL launches by second half of 2025. Based on information released to the press and from a December 2024 NEON email, indications are the Company is on track to launch the game as a free-to-play title later this year.

ii.  The pending litigation gets settled. [Update, the litigation between 4D and Neon Machine, et al has been settled]

iii. The recently issued Moonshot Tokens are not dilutive to SHRAP tokens.

iv.  The March 6, 2024 "public" SHRAP Token unlock schedule remains unaltered.

v.   NEON has 3.0 billion of SHRAP Tokens in total supply, with 1.0 billion (33% of

total) held in NEON's treasury to support Gamers.

    vi. The revised unlock schedule from March 2024 aligns with industry best practice.

D.     SBG believes two dynamics adversely impacted the current value of SHRAP:

    i. Tokens since May 2024. Litigation clearly had an negative impact. However, and perhaps more importantly, flooding the market with supply before the game launches created a supply/demand imbalance. Management's internal financials indicate heavy selling of Shrap to fund operations in 2024, both by the Issuer to fund service contract revenue to NEON, and direct sales by the Company of over $3.3 million of SHRAP Tokens during the months of May and August 2024. While an argument may be made NEON's selling volume, astutely implemented by highly sophisticated traders, may have absorbed the token sales in an orderly marketplace, the number of SHRAP Tokens sold relative to the total is quite high and is derived at approximately 54.05 million tokens in the month of August alone.

    ii. Further, in the event the market received any knowledge or rumor of "insider selling," such an action likely would have a negative impact on SHRAP Token prices. Coming on the heels of the SAFE investor conversion at a $70.0 million pre-money valuation, SBG believes a strong case can be made that NEON's token liquidation is in fact the primary reason for pushing down the token price to the level we see today.

    iii. In addition, from 3rd Quarter 2023 to 3rd Quarter 2024, internal NEON financials report $31.5 million in "Service Revenue," which SBG has been informed almost certainly comes from liquidation of additional SHRAP Tokens by NEON's token

issuance partner, Argon Asset Ventures Corp. Sales by Argon of these tokens would put substantially greater downside pressure on SHRAP Tokens, especially given the impact of $31.5 million considering the high point for the total market cap for SHRAP Tokens has never exceeded $93.8 million.

**Predicting SHRAP Token Future Price**

E.      It is rational and defendable to forecast that: 1) starting with the resolution of the 4D vs. NEON et al., litigation; 2) selling by material "insiders" is substantially diminished or ceases entirely with the placement of the AA Preferred; and 3) rolling out the SHRAPNEL the game by the second half of 2025 is not delayed , SHRAP tokens will rebound and trend up back into at least that trading range from May to June 2024; thus SBG uses that target as the benchmark.

F.      However, several factors support an even more optimistic view. Quoting from an independent third party CoinMarket Capital, "The SHRAPNEL team is comprised of industry experts from AAA games and Blockchain projects"... who have "produced some of the biggest game franchises in the world (Bioshock, Ghost of Tsushima, Halo, Star Wars, and more). The team leadership has earned multiple awards and nominations for their previous work, and SHRAPNEL has already won six industry awards."

G.      Altcoin cryptocurrency and game token exchanges may be the "wild, wild west" of trading markets – i.e., exciting, unpredictable, and yet full of opportunities. These markets are active and highly transparent. Today's sentiment of traders/investors on SHRAP Tokens, which weighs optimistic. In fact, the Altcoin cryptocurrency track record over the past several years has resonated as highly volatile relative to other types of securities, responding to:

➤     Broad market momentum that can send prices soaring or plummeting;

- ➢ Company specific developments regarding product launches, new partnerships, broader adoptions by more users, technological upgrades; plus

- ➢ Global economic conditions and regulatory changes. The algorithm by CoinMarket Capital™, an independent third-party trading exchange, identifies six other Coins/Tokens that are "Similar Coins to SHRAP" -- Myria, Nakamoto Games, Seedify.fund, Bittensor, Pyth Network, and Hello Labs.

- ➢ While none are perfect, four of these six exhibit high volatility in response to company specific developments:



chart 14: Volatility Measures
Price as of 1/20/2025

- ➢

The Comp Tokens above show the increased price over a relatively tight time window in response to company specific news developments. Active traders describe a "rule of thumb," that as games move from the development to launch, pre-markets can look for an improvement by a factor of up to 10.0x. Depending on the ultimate success of the SHRAPNEL game, a SHRAP Token result well above $30.0 million is clearly possible for the tokens to be received by 4D and Neon Media.

H. Based on the forgoing factors, assumptions and analysis, I conclude that the Shrap token value, once hitting a high of over $0.40 per token, should be valued at $0.10-0.12 per token.

I. Should I be called to testify, my testimony would be consistent with the above.

Dated:     June 29, 2025
           Arnold, MD  21012

Jeffrey R. Manning, Sr., CTP
Senior Managing Director
THE SILVER BIRCH GROUP, INC.
(917)549-0312
jrmanning@silvrbirch.com

EXHIBIT A

**Jeffrey R. Manning, Sr. CTP**
Annapolis, Maryland USA
jrmanning@silvrbirch.com
M: 917.549.0312

## CAREER HIGHLIGHTS

**Silver Birch Group**                                                                                 Arnold, MD

*Founder & Senior Managing Director,* November 2023 to present. Providing investment banking services and corporate finance advice to assist middle-market companies and their stakeholders find effective solutions for corporate recovery. This FINRA licensed special situations effort focuses on out-of-favor or storied companies, often operating at, near, or in bankruptcy. Emphasis on §363 sales, "story" M&A, valuation of bankrupt companies, and private placements. Significant experience testifying in court in over 18 Federal jurisdictions. Over a 40+ year corporate finance career, have closed 150+ transactions across multiple industries, including Manufacturing & Distribution, Hospitality, Renewable Energy, Consumer & Retail, Healthcare, Digital Media, and Real Estate. Please see further https://www.silvrbirch.com/.

**CohnReznick Capital Market Securities, LLC**                                          Baltimore, MD

*Managing Director,* 2014 to October 2023. Led special situations practice at CohnReznick Capital, the affiliated FINRA-licensed investment bank of CohnReznick, LLP. Worked closely with CohnReznick's Restructuring and Dispute Resolution Services consultants to bring creative capital market solutions to clients.

**BDO Capital Advisors, LLC**                                          Costa Mesa, CA and New York, NY

*Managing Director,* 2007 to 2014. Headed special situations practice at BDO Capital (f/k/a Trenwith Group), the wholly-owned investment bank of BDO USA LLP. Member of Investment Banking Executive and Engagement Committee.

**FTI Capital Advisors, LLC**                                                                       Washington, DC

*Chief Executive Officer,* 2003 to 2007. Chief Executive Officer, Supervisory Principal, and Senior Managing Director of the wholly-owned FINRA-licensed investment bank of FTI Consulting, Inc. While based in DC, recruited eight senior bankers in New York, DC, Dallas, San Francisco, and Los Angeles -- a boutique investment bank with capabilities in private placements, M&A Advisory, and strategic alternatives for healthy companies as well as special situations.

**Legg Mason Wood Walker, Incorporated**                                                  Baltimore, MD

*Managing Director,* 1999 to 2003. Headed special situation practice and executed private placements for Legg Mason, a FINRA licensed NYSE financial institution with middle market focus. Member of the Fairness Opinion Committee.

**Rodman & Renshaw, Inc.**                                                                          New York, NY

*Managing Director,* 1996 to 1999. Focus on distressed debt, Mexican cross-border, and private placements. Primary duties included structuring and marketing private placements, developing Mexican "Good Bank/Bad Bank" strategy for Confia, S.A., and marketing and trading fixed income, distressed securities, and special situation private paper. Member of Executive, Engagement, and Fairness Opinion Committees.

**Schroder Wertheim & Co., Incorporated**                                              New York, NY

*Senior Vice President, Global Bank Debt*, 1994 to 1995. Started distressed debt-trading operation for Schroder Wertheim, a subsidiary of Schroder Plc. Duties included creating trading protocols, recruiting team, and sourcing product in the US, United Kingdom, and mainland Europe. Started trading bank debt at S.N. Phelps & Co. in 1992.

**The Dun & Bradstreet Corporation**                                                      New York, NY

*Assistant Vice President*, with various corporate finance assignments from 1987 to 1992. Duties included 1) developing budget and strategic plan, 2) designing and implementing over $394 million in operating restructuring actions; and 3) providing finance support for strategic alliance negotiations with key European and U.S. partners associated with M&A and divestitures.

**Manufacturer Hanover Trust Company**                                               New York, NY

*Assistant Vice President*, and various assignments from 1981 to 1987. After completing the MHTCo. Credit Training program, primary duties included calling officer for large corporate accounts. Moved to loan workout in 1983.

## EDUCATION AND CERTIFICATIONS

**Columbia University**, M.B.A., Business Economics, Finance, 1986.
**Yale University**, B.A., Economics & Political Science, 1981.

**Manufacturers Hanover Trust Co Credit Training,** September 1981 to June 1982
**Turnaround Management Association,** Certified Turnaround Professional, Chicago, IL, 2006.
**Center for Creative Leadership Development,** Colorado Springs, CO, 1992.
**Colgate University Writer's Conference,** Hamilton, NY, Summer 2022.

Certified Turnaround Professional from the Turnaround Management Association
FINRA Licensed General Securities Principal (Series 24)
Limited Representative Investment Banking (Series 79)
Registered Representative (Series 7 & 63)

## PERSONAL

Married to Laura Beatty Manning, raised five children, now ages 26 to 35 years. Grandkid count = 5

## BOARD, HONORS, AND CHARITY AFFILIATIONS

Board Member, TMA Chesapeake Chapter, 2022 to present
Chair, Budget & Planning, Financial Advisory Board, Episcopal Diocese of Maryland, 2022 to present
*ex officio*, Property Committee, Episcopal Diocese of Maryland, 2022 to present
Co-Chair, Yale College Class of 1981 40th Reunion Committee.
Ivy League Football Association, Scribe & Dinner Vice Chairman, since 2008 to present.
Class Scribe & Treasurer, Yale College Class of 1981, 2011 to the present.
Mynderse Academy Athletic Hall of Fame, Board Member. & 2015 & 2022.
Yale College Class of 1981 Distinguished Service Award, 2006.
Chair, Yale College Class of 1981 25th Reunion Committee.
Co-Chair, Yale College Class of 1981 20th Reunion Committee.
Yale Spizzwinks (?) Alumni Association, Co-Founder and Moderator, 2003 to 2016.
Hartford-Baltimore County Youth Football Coach (Cockeysville), 2002 to 2014.
Baltimore Youth Hockey Club, Coach & Board Member, 2001 to 2003.
The Yale Club of New York City, Council Member, 1999 to 2002.
The Yale Club of New York City, House Committee, 1988 to 1996.
Saint Luke's Episcopal Church, Darien, CT, Vestry, 1996 to 1999.
Stephen Minister, from Stephen Ministries© of St. Louis, Missouri, 1997 to 1999.
The University Glee Club of New York City, various Board Roles, 1985 to 1997.

Jeff is a published poet, a frequent contributor, and speaker at industry and university events – including the TMA Journal of Corporate Renewal, National Law Review, Columbia Business School, Johns Hopkins, and Darden School at UVA. He authored a chapter for the Thomson Reuters book "Avoiding Financial Trouble."

Over Manning's 40 years in corporate recovery he has accumulated numerous accolades, including The M&A Advisor's 2023 18th Annual Turnaround Award Sale of the Year ($10MM-$50MM) category for WINC, Inc. (Case No.: 22-11238 (LSS)). He has also been recognized as one of the Top 100 Restructuring and Turnaround Professionals by the Turnaround Atlas Awards global program and named "Outstanding Investment Banker" by Turnaround and Restructuring Magazine in 2017, 2018, and 2020. For the past two decades regularly ranked as a lead reorganization banker on The Deal League Tables. He earned a Dun & Bradstreet Customer Focus Award for his operating restructuring efforts designing over $394 million in offset programs.

Manning is one of the few FINRA S24/S79 investment bankers with the Certified Turnaround Professional designation. TMA has designated Jeff a Subject Matter Expert in two areas -- §363 Sales and Valuation in Bankruptcy.